# EXHIBIT B

| Client Name | Mark Nelson |
|---|---|
| Company Name | United Microelectronics Corporation |
| Ticker Symbol | UMC |
| Class Period Start | 10-28-2015 |
| Class Period End | 11-01-2018 |
| 90-DAY Lookback Period Start | 11-02-2018 |
| 90-DAY Lookback Period End | 01-31-2019 |
| 90-DAY Lookback Average | $ 01.79 |
| Pre Class Period Holdings | 0 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $ 8,578.7167 |
| DURA  LIFO* Total | $ 8,578.72 |
| Gross Shares Purchased | 10,000.00 |
| Net Shares Retained | 10,000.00 |
| Net Funds Expended | $ 26,594.80 |

### Mark Nelson

| | Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | | Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO Gain and (Losses) | DURA LIFO* |
| 07-13-2018 | 1798 | 2.74 | $ 4,926.52 | | | | | | | - | 1798 | 1798 | $ 01.79 | $ 3,227.11 | $ 1,699.41 | $ 1,699.41 |
| 07-13-2018 | 1202 | 2.74 | $ 3,293.48 | | | | | | | - | 1202 | 1202 | $ 01.79 | $ 2,157.39 | $ 1,136.09 | $ 1,136.09 |
| 07-17-2018 | 490 | 2.74 | $ 1,342.60 | | | | | | | - | 490 | 490 | $ 01.79 | $ 879.47 | $ 463.13 | $ 463.13 |
| 08-15-2018 | 4010 | 2.72 | $ 10,907.20 | | | | | | | - | 4010 | 4010 | $ 01.79 | $ 7,197.28 | $ 3,709.92 | $ 3,709.92 |
| 09-12-2018 | 1500 | 2.45 | $ 3,675.00 | 11-27-2018 | | $ 1,500.00 | $ 01.84 | | $ 2,760.00 | - | 1500 | - | $ 01.79 | $ 915.00 | $ 915.00 | $ 915.00 |
| 09-12-2018 | 1000 | 2.45 | $ 2,450.00 | | | | | | | - | 1000 | 1000 | $ 01.79 | $ 1,794.83 | $ 655.17 | $ 655.17 |
| | | | | | | | | | | | | | | | | |
| Total: | 10,000.00 | | $ 26,594.80 | | | $ 1500 | | | $ 2760 | | 10,000.00 | 8,500.00 | | $ 15,256.08 | $ 8,578.72 | $ 8,578.72 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales matched to intra-class period purchases.