```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:_____
```

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------X
KEVIN D. MEYER, et al.,            :
                                   :    19 Civ. 2304 (VM)
                   Plaintiffs,     :
                                   :
     - against -                   :    ORDER
                                   :
UNITED MICROELECTRONICS CORP.,     :
et al.,                            :
                                   :
                   Defendants.     :
----------------------------------X
```

**VICTOR MARRERO, United States District Judge.**

In reviewing the Docket Sheet for this matter, the Court noted that there has been no recorded action or correspondence known to the Court regarding the status of the matter since October 30, 2019. At that time the Court denied defendants' request for a stay of this action pending resolution of a parallel proceeding.

Plaintiff is directed to inform the Court by August 6, 2020, of the status of the matter and indicate whether any cause remains for continuing to retain this action on the Court's active or suspense docket. In the event the Court receives no response to this Order by the date indicated the case shall be dismissed.

**SO ORDERED.**

Dated:     NEW YORK, NEW YORK
           7 July 2020

                                        _____
                                              Victor Marrero
                                                 U.S.D.J.