UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEVIN D. MEYER, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED MICROELECTRONICS CORPORATION, SHAN-CHIEH CHIEN, JASON WANG, PO-WEN YEN, and CHITUNG LIU,<br><br>　　　　　　　Defendants. | No. 19-cv-02304-VM<br><br>CLASS ACTION |

**NOTICE OF UNOPPOSED MOTION BY LEAD PLAINTIFF, MARK NELSON, FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT**

PLEASE TAKE NOTICE, that lead plaintiff Mark Nelson respectfully moves the Court before the Hon. Victor Marrero, United States District Judge, Southern District of New York, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, for an Order pursuant to Rule 23 of the Federal Rules of Civil Procedure granting preliminary approval of the parties' proposed class action settlement, in the form of the accompanying [Proposed] Order for Hearing and Notice Directing: (A) Issuance of Notice of Proposed Class Action Settlement; and (B) Setting Date for Final Settlement Fairness Hearing.

PLEASE TAKE FURTHER NOTICE, that in support of his motion, lead plaintiff Mark Nelson will rely upon the accompanying Declaration of Mark Nelson in Support of Unopposed Motion for Preliminary Approval of Proposed Class Action Settlement; the Declaration of Gregory M. Nespole in Support of Lead Plaintiff's Unopposed Motion for Preliminary Approval of Proposed Class Action Settlement and the exhibits thereto; and the accompanying Memorandum of Law in Support of Lead Plaintiff's Unopposed Motion for Preliminary Approval of Proposed Class Action Settlement.

Dated: New York, New York
July 27, 2020

**LEVI & KORSINSKY, LLP**

 */s/ Gregory Mark Nespole*
Joseph E. Levi
Gregory Mark Nespole
55 Broadway, 10th Floor
New York, NY 10006
T: (212) 363-7500
F: (212) 363-7171
E: jlevi@zlk.com
  gnespole@zlk.com