# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEVIN D. MEYER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITED MICROELECTRONICS CORPORATION, SHAN-CHIEH CHIEN, JASON WANG, PO-WEN YEN, and CHITUNG LIU,<br><br>Defendants. | No. 19-cv-02304-VM<br><br><u>CLASS ACTION</u> |

### NOTICE OF LEAD COUNSEL'S MOTION FOR AWARD OF ATTORNEYS' FEES AND EXPENSES AND INCENTIVE AWARD TO LEAD PLAINTIFF

PLEASE TAKE NOTICE, that court-appointed Lead Counsel Levi & Korsinsky, LLP respectfully moves the Court before the Hon. Victor Marrero, United States District Judge, Southern District of New York, at the United States Courthouse, 500 Pearl Street, New York, New York 10007, for an Order pursuant to Rules 23(h) and 54(d) of the Federal Rules of Civil Procedure, and the Private Securities Litigation Reform Act, 15 U.S.C. §78u-4(a)(4): (A) awarding attorneys' fees in the amount of $900,000 (30% of the Settlement Fund); (B) reimbursing litigation expenses in the amount of $22,300.51; and (C) awarding an incentive award to Court-appointed Lead Plaintiff, Mark Nelson, in the amount of $5,000.

PLEASE TAKE FURTHER NOTICE, that in support of its motion, Lead Counsel will rely upon: (A) the accompanying Declaration of Gregory M. Nespole in Support of (i) Lead Plaintiff's Motion for Final Approval of Class Action Settlement and Plan of Allocation, and (ii) Lead Counsel's Motion for an Award of Attorneys' Fees and Expenses and Incentive Award to Lead Plaintiff and the exhibits thereto; (B) the accompanying Declaration of Mark Nelson in Support of (i) Lead Plaintiff's Motion for Final Approval of Class Action Settlement and Plan of Allocation,

and (ii) Lead Counsel's Motion for an Award of Attorneys' Fees and Expenses and Incentive Award to Lead Plaintiff; and (C) the accompanying Declaration of Kari L. Schmidt Regarding Class Notice and Report on Requests for Exclusion Received and the exhibits thereto.

PLEASE TAKE FURTHER NOTICE, that pursuant to the Court's Order for Hearing and Notice Directing: (A) Issuance of Notice of Proposed Class Action Settlement; and (B) Setting Date for Final Settlement Fairness Hearing, dated July 28, 2020 (ECF 57), the Settlement Fairness Hearing is scheduled to be held before the Court on January 15, 2021 at 10:00 AM, at the United States District Court, Southern District of New York, 500 Pearl Street, New York, New York 10007.

A Proposed Order and Final Judgment was submitted with Lead Plaintiff's motion for preliminary approval of the Settlement, filed July 27, 2020 (ECF 55-1).

Dated: New York, New York
December 2, 2020

**LEVI & KORSINSKY, LLP**

*/s/ Gregory Mark Nespole*
Joseph E. Levi
Gregory Mark Nespole
55 Broadway, 10th Floor
New York, NY 10006
T: (212) 363-7500
F: (212) 363-7171
E: jlevi@zlk.com
   gnespole@zlk.com