UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEVIN D. MEYER, Individually and on Behalf of All Others Similarly Situated,<br><br>          Plaintiff,<br><br>    v.<br><br>UNITED MICROELECTRONICS CORPORATION, SHAN-CHIEH CHIEN, JASON WANG, PO-WEN YEN, and CHITUNG LIU,<br><br>          Defendants. | No. 19-cv-02304-VM<br><br>CLASS ACTION |

**DECLARATION OF MARK NELSON IN SUPPORT OF
(i) LEAD PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION, AND (ii) LEAD COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES AND INCENTIVE AWARD TO LEAD PLAINTIFF**

    1.    I, Mark Nelson, the lead plaintiff in the above action ("**Lead Plaintiff**"), respectfully submit this Declaration in support of (i) my motion for Final Approval of Class Action Settlement and Plan of Allocation, and (ii) the motion by my attorneys, Levi & Korsinsky LLP ("**Lead Counsel**") for an Award of Attorneys' Fees and Expenses and Incentive Award to Lead Plaintiff. I have personal knowledge about the information in this Declaration.

    2.    Unless otherwise defined, capitalized terms in this Declaration have the same meaning as set forth in the Stipulation of Settlement dated June 30, 2020 (the "**Stipulation**") and filed on July 27, 2020 (ECF 55-1). I respectfully refer the Court to my previous Declaration in Support of Unopposed Motion for Preliminary Approval of Class Action Settlement dated July 9, 2020 and filed on July 27, 2020 (ECF 54), which I affirm and incorporate by reference.

    3.    At all times during this litigation, I have endeavored to fully discharge my obligations to the Class as Lead Plaintiff. To that end, I have: (i) routinely communicated with

Lead Counsel, particularly Greg Nespole concerning this action; (ii) remained fully informed about case developments; (iii) continued to research Micron Technology, Inc., United Microelectronics Corporation and semiconductor industry developments; (iv) routinely reviewed the various pleadings and motions filed in this action; (v) closely monitored and actively participated in settlement discussions, and (vi) reviewed and offered comments and revisions to my mediation statement, including providing charts, data and industry insights to Lead Counsel concerning trends and practices in the DRAM industry. I ultimately agreed to the settlement set forth in the Stipulation (the "**Settlement**"), subject to the Court's approval. Based on my records, I spent a total of 22 hours prosecuting this action through the date of this Declaration.

4. Based on my involvement in the litigation and settlement negotiations in this action, I believe that the proposed Settlement is fair, reasonable, and adequate to the Settlement Class. I also believe that the proposed Settlement represents a favorable recovery, considering the substantial risks of recovery in the continued litigation of the claims. I therefore endorse approval of the Settlement by the Court.

5. I also believe that Lead Counsel's request for an award of attorneys' fees in the amount of thirty percent (30%) of the Settlement Fund is fair and reasonable under the circumstances of this case. I have evaluated the fee request by considering the efficient prosecution of the action, the amount and quality of the work performed, and the recovery obtained for the Settlement Class. I understand that Lead Counsel will also devote additional time in the future to administering the Settlement, without requesting additional compensation.

6. I further believe that the litigation expenses being requested are reasonable and represent costs and expenses necessary for the prosecution and resolution of the claims. Based on the foregoing, and consistent with my obligation to the Settlement Class to obtain the best result

at a reasonable cost, I support Lead Counsel's application for an award of attorneys' fees and payment of litigation expenses.

7. In conclusion, I endorse the Settlement as fair, reasonable, and adequate, and believe it represents a favorable recovery for the Settlement Class considering the significant risks of continued litigation. I further support Lead Counsel's request for attorneys' fees and litigation expenses and believe that it represents fair and reasonable compensation for counsel.

8. I remain ready, willing, and able to continue to represent the interests of the class throughout the settlement process.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this 1st day of December, 2020.

Mark Nelson