# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEVIN D. MEYER, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>                           v.<br><br>UNITED MICROELECTRONICS CORPORATION, SHAN-CHIEH CHIEN, JASON WANG, PO-WEN YEN, and CHITUNG LIU,<br><br>    Defendants. | No. 19-cv-02304-VM |

## DECLARATION OF KARI L. SCHMIDT REGARDING CLASS NOTICE AND REPORT ON REQUESTS FOR EXCLUSION RECEIVED

I, KARI L. SCHMIDT, hereby declare under penalty of perjury as follows:

1.     I am a Project Manager for Analytics Consulting, LLC ("Analytics").  I am over 21 years of age and am not a party to the Action.  The following statements are based on my personal knowledge and, if called on to do so, I could and would testify competently thereto.

2.     Pursuant to its Order Granting Preliminary Approval of Settlement dated July 28, 2020 (ECF No. 57, the "Preliminary Approval Order"), the Court approved the retention of Analytics as the Claims Administrator for the above-captioned action (the "Action").[1]  I submit this declaration to provide the Court with proof of the mailing of the Court-approved Notice of Pendency and Proposed Settlement of Class Action (the "Class Notice"), the publication of the

---

[1] Unless otherwise defined in this declaration, all capitalized terms have the meanings defined in the Preliminary Approval Order.

Summary Notice, and to report on the requests for exclusion from the Class in connection with dissemination of the Class Notice.

## MAILING OF THE CLASS NOTICE

3.     Pursuant to the Preliminary Approval Order, Analytics has disseminated the Class Notice to potential Class Members and nominees.  A copy of the Class Notice is attached to this declaration as Exhibit A.

4.     Analytics received information from United Microelectronics' Transfer Agent, Equiniti, which contained the names and addresses of potential members of the Class.  This information contained 42 unique names and addresses of potential Class Members.  On August 28, 2020, Analytics caused the Notice to be disseminated by first-class mail to those 42 potential Class Members.

5.     As in most class actions of this nature, the large majority of potential Class Members are beneficial purchasers whose securities are held in "street name" – *i.e.*, the securities are purchased by brokerage firms, banks, institutions, and other third-party nominees in the name of the nominee, on behalf of the beneficial purchasers.  To provide targeted notice to investors, Analytics consulted with The Depository Trust Company (the "DTC") to identify banks, brokers, and other nominees that held United Microelectronics' American Depositary Shares during the class period.  On August 28, 2020, Analytics caused the Class Notice to be mailed to 154 brokerage firms, banks, institutions, other third-party nominees, and third-party filers.

6.     On August 28, 2020, Analytics distributed the Class Notice to all custodian banks and broker-dealers in the United States via the DTC's Legal Electronic Notification System.

7.     The Class Notice instructed those who, during the period between October 28, 2015 and November 1, 2018, inclusive, purchased or otherwise acquired United Microelectronics American Depositary Shares, for the beneficial interest of any person or entity other than

themselves, that they must, within 10 business days of receipt of the Class Notice, either: (i) request sufficient copies of the Class Notice to forward to all such beneficial owners (and then forward the Class Notices to the beneficial owners within 10 business days of receipt) or (ii) provide the names and addresses of such Persons to the Claims Administrator.  *See* Class Notice, Special Notice to Nominees.

8.      Through the date of this Declaration, Analytics has mailed an additional 5,305 copies of the Class Notice to potential members of the Class whose names and addresses were received from individuals, entities, or nominees requesting that the Class Notice be mailed to such persons.  In addition, 12,970 Class Notices have been delivered to nominees for forwarding to their customers.

9.      Through the date of this Declaration, a total of 18,275 Class Notices have been disseminated to potential members of the Class or their nominees.  In addition, Analytics has re-mailed 30 Class Notices to persons whose original mailings were returned by the U.S. Postal Service ("USPS) as undeliverable and for whom updated addresses were provided to Analytics by the USPS.

## PUBLICATION OF THE SUMMARY CLASS NOTICE

10.      Pursuant to the Preliminary Approval Order, Analytics caused the Summary Class Notice to be published in the *PR Newswire* on August 28, 2020.  A copy of proof of publication of the Summary Class Notice in the *PR Newswire* is attached to this declaration as Exhibit B.

## WEBSITE

11.      Beginning on August 28, 2020, Analytics established and continues to maintain a website dedicated to this Action (www.UMCSecuritiesLitigation.com) to assist Class Members. The website address was set forth in the Class Notice and the Summary Class Notice.  The website lists the deadline for requesting exclusion from the Class and contains copies of: the Stipulation

and Agreement of Settlement (ECF No. 55-1), the Notice Packet, Summary Notice of the Settlement, and this Court's Order Granting Preliminary Approval of Settlement (ECF No. 57). Analytics will continue operating, maintaining, and updating the case website as appropriate.

## TOLL-FREE TELEPHONE LINE

12.     Beginning on August 28, 2020, Analytics established and continues to maintain a toll-free telephone number for the Action, 1-855-917-4968.  During business hours, callers to the toll-free telephone line can speak to a live operator regarding the status of the Action and/or obtain answers to questions they may have about the Class Notice.  After hours, callers are provided with the opportunity to leave a message requesting a return call.

## REPORT ON OBJECTIONS AND REQUESTS FOR EXCLUSION

13.     The Class Notice informed potential Class Members that objections to the proposed settlement were to be mailed to Analytics, postmarked no later than December 16, 2020.  As of the date of this Declaration, Analytics has received no objections.

14.     The Notice informed potential Class Members that requests for exclusion from the Class were to be mailed to Analytics, postmarked no later than December 16, 2020.  As of the date of this Declaration, Analytics has received no requests for exclusion.

I declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct to the best of my knowledge.

Executed on December 1, 2020.

Kari L. Schmidt