**EXHIBIT B**

# Levi & Korsinsky, LLP Announces Proposed Settlement of the United Microelectronics Corporation Securities Litigation

NEWS PROVIDED BY

**Levi & Korsinsky →**

Aug 28, 2020, 10:00 ET

NEW YORK, Aug. 28, 2020 /PRNewswire/ --

**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KEVIN D. MEYER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITED MICROELECTRONICS CORPORATION, SHAN-CHIEH CHIEN, JASON WANG, PO-WEN YEN, and CHITUNG LIU,<br><br>Defendants. | No. 19-cv-02304-VM |

**SUMMARY NOTICE OF PENDENCY AND PROPOSED SETTLEMENT OF CLASS ACTION**

**TO: ALL PERSONS WHO PURCHASED OR OTHERWISE ACQUIRED UNITED MICROELECTRONICS CORPORATION AMERICAN DEPOSITARY SHARES DURING THE PERIOD OCTOBER 28, 2015 AND NOVEMBER 1, 2018, INCLUSIVE, AND WERE ALLEGEDLY DAMAGED**

**THEREBY (THE "CLASS")**

**YOU ARE HEREBY NOTIFIED,** pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States District Court for the Southern District of New York, that Court-appointed Lead Plaintiff  Mark Nelson ("Lead Plaintiff") on behalf of himself and all members of the Class, and Defendants United Microelectronics Corporation ("UMC" or the "Company") and certain of its current and former officers and/or directors, including Shan-Chieh Chien, Jason Wang, Po-Wen Yen, and Chitung Liu (collectively with UMC, "Defendants"), have reached a proposed settlement of the above-captioned action (the "Action") in the amount of $3,000,000 (the "Settlement Amount").

A hearing will be held before the Honorable Victor Marrero, United States District Judge of the Southern District of New York, in Courtroom 15B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York 10007 at 10:00 am. on January 15, 2021 (the "Settlement Hearing") for, among other things, the purpose of determining: (i) whether the proposed Settlement should be approved by the Court as fair, reasonable, and adequate; (ii) whether the proposed plan to distribute the Settlement proceeds is fair, reasonable, and adequate; (iii) whether the application for an award of attorneys' fees of 30% of the Settlement Amount, reimbursement of litigation expenses of approximately $75,000, and an award to the Lead Plaintiff Mark Nelson should be approved; and (iv) whether the Class Action should be dismissed with prejudice.  The Court may change the date of the Settlement Hearing without providing further notice.  You do NOT need to attend the Settlement Hearing to receive a distribution from the Net Settlement Fund.

**IF YOU PURCHASED OR OTHERWISE ACQUIRED UMC AMERICAN DEPOSITARY SHARES BETWEEN THE PERIOD OCTOBER 28, 2015 AND NOVEMBER 1, 2018, INCLUSIVE (THE "CLASS PERIOD"), YOUR RIGHTS MAY BE AFFECTED BY THE SETTLEMENT OF THIS CLASS ACTION AND YOU MAY BE ENTITLED TO A MONETARY PAYMENT.**  If you have not received a detailed Notice of Pendency and Settlement of Class Action (the "Notice") and a copy of the Proof of Claim and Release, you may obtain copies by contacting the Claims Administrator by mail at UMC Securities Litigation, Claims Administrator, Analytics Consulting LLC, P.O. Box 2007, Chanhassen, MN 55317-2007; by toll-free phone at 1-855-917-4968; or by visiting the website www.UMCSecuritiesLitigation.com.  If you are a member of the Class, in order to share in the distribution of the Net Settlement Fund, you must submit a Proof of Claim and Release

*postmarked no later than January 8, 2021* to the Claims Administrator, establishing that you are entitled to recovery. Unless you submit a written exclusion request, you will be bound by any judgment rendered in the Action whether or not you make a claim.  If you would like to be excluded from the Class, you must submit a request for exclusion so that it is *received no later than December 16, 2020*, in the manner and form explained in the detailed Notice.  Any objection to the Settlement, Plan of Allocation, Class Counsel's request for an award of attorneys' fees and reimbursement of expenses, or payment to Lead Plaintiffs must be in the manner and form explained in the detailed Notice and *received no later than December 16, 2020* by each of the following:

| Clerk of the Court<br>United States District Court<br>Southern District of New York<br>500 Pearl Street<br>New York, NY 10007 | Gregory M. Nespole<br>LEVI & KORSINSKY, LLP<br>55 Broadway<br>New York, NY 10006<br>Tel.: (212) 363-7500<br>Fax: (212) 363-7171 | James F. Moyle<br>LAZARE POTTER GIACOVAS & MOYLE LLP<br>747 Third Ave., 16th Fl.<br>New York, NY 10017<br>Tel:  (212) 758-9300<br>Fax:  (212) 888-0919<br><br>Jason A. D'Angelo<br>HERRICK, FEINSTEIN LLP<br>Two Park Avenue<br>New York, NY 10016<br>Tel:  (212) 592-1400<br>Fax:  (212) 592-1500 |

**If you have any questions about the Settlement, you may call or write to Class Counsel:**

Gregory M. Nespole

LEVI & KORSINSKY, LLP

55 Broadway

New York, NY 10006

Tel.: (212) 363-7500

Fax: (212) 363-7171

**PLEASE DO NOT CONTACT THE COURT OR THE CLERK'S OFFICE REGARDING THIS NOTICE.**

**DATED:  AUGUST 28, 2020**

**BY ORDER OF THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

SOURCE Levi & Korsinsky