**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KEVIN D. MEYER, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>  v.<br><br>UNITED MICROELECTRONICS CORPORATION, SHAN-CHIEH CHIEN, JASON WANG, PO-WEN YEN, and CHITUNG LIU,<br><br>     Defendants. | No. 19-cv-02304-VM<br><br>CLASS ACTION<br><br>Hon. Victor Marrero, U.S.D.J. |

**SUPPLEMENTAL DECLARATION OF GREGORY M. NESPOLE IN FURTHER SUPPORT OF (i) LEAD PLAINTIFF'S MOTION FOR FINAL APPROVAL OF CLASS ACTION SETTLEMENT AND PLAN OF ALLOCATION, AND (ii) LEAD COUNSEL'S MOTION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES AND INCENTIVE AWARD TO LEAD PLAINTIFF**

I, Gregory M. Nespole, hereby declare as follows:

1. I am a partner of the law firm of Levi & Korsinsky, LLP ("**Lead Counsel**"), attorneys for Lead Plaintiff Mark Nelson ("**Lead Plaintiff**") in the above-captioned securities class action ("**Action**"). I am admitted to practice before this Court and have personal knowledge of the various matters set forth herein based on my day-to-day participation in the prosecution and settlement of this Action.

2. I submit this Declaration in further support of (i) Lead Plaintiff's motion for Final Approval of Class Action Settlement and Plan of Allocation, and (ii) Lead Counsel's motion for an Award of Attorneys' Fees and Expenses and Incentive Award to Lead Plaintiff. Capitalized terms not defined in this Declaration have the same meaning as in the Preliminary Approval Order (defined below).

3. The Order for Hearing and Notice dated July 28, 2020 (ECF 57, the "**Preliminary Approval Order**") provides at ¶ 12 that, *inter alia*, any objections to the proposed settlement, plan

of allocation, Lead Counsel's request for attorneys' fees and expenses, and an incentive award to Lead Plaintiff must be served upon me and filed with the Court not later than 30 calendar days prior to the Settlement Fairness Hearing scheduled for January 15, 2021. I have received no objections, and none have been filed with the Court.

4.      The Preliminary Approval Order provides at ¶ 11 that prospective class members may request exclusion from the Class by timely submitting a request for exclusion by mail as provided in the Notice. As set forth in the accompanying Supplemental Declaration of Kari L. Schmidt Regarding Class Notice and Report on Requests for Exclusion Received at ¶ 5, there has been one (1) request for exclusion. The one request for exclusion is by shareholder Roshane Williams of Brooklyn, NY. *Id.*

5.      The proposed Final Judgment attached as Exhibit B to the Stipulation (ECF 55-1) provides in ¶ 4(b) that a list of persons who excluded themselves from the Class by filing timely and valid requests for exclusion in accordance with the Preliminary Approval Order is attached as Exhibit A thereto.

6.      Attached hereto as **Exhibit 1** is a proposed Exhibit A to the proposed Final Judgment reflecting Williams' exclusion from the Class.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 8th day of January 2021 in New Rochelle, New York.

/s/ Gregory M. Nespole
Gregory M. Nespole

2