# Exhibit A

**<u>Exhibit 1 to [Proposed] Final Judgment</u>**

The following prospective Class member has made a timely and valid request for exclusion and is therefore excluded from the Class:

1. Roshane Williams
   Brooklyn, New York 11224

*       *       *