# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KEVIN D. MEYER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>UNITED MICROELECTRONICS CORPORATION, SHAN-CHIEH CHIEN, JASON WANG, PO-WEN YEN, and CHITUNG LIU,<br><br>Defendants. | No. 19-cv-02304-VM |

## SUPPLEMENTAL DECLARATION OF KARI L. SCHMIDT REGARDING CLASS NOTICE AND REPORT ON REQUESTS FOR EXCLUSION RECEIVED

I, KARI L. SCHMIDT, hereby declare under penalty of perjury as follows:

1.      I am a Project Manager for Analytics Consulting, LLC ("Analytics").  Pursuant to the July 28, 2020 Order for Hearing and Notice Directing: (A) Issuance of Notice of Proposed Class Action Settlement; and (B) Setting Date for Final Settlement Fairness Hearing (ECF No. 57, the "Preliminary Approval Order"), the Court approved the retention of Analytics as the Claims Administrator for the above-captioned action (the "Action").[1]  I submit this Declaration as a supplement to my earlier declaration, the Declaration of Kari L. Schmidt Regarding Class Notice and Report on Requests for Exclusion Received, dated December 2, 2020 (ECF No. 62) (the

---

[1]  Unless otherwise defined herein, all capitalized terms have the meanings defined in the Preliminary Approval Order.

"Initial Mailing Declaration"). I have personal knowledge of the facts set forth herein and, if called as a witness, could and would testify competently thereto.

### MAILING OF THE NOTICE PACKET

2.      Since the execution of my Initial Mailing Declaration, Analytics has continued to disseminate copies of the Notice and Claim Form (the "Notice Packet") in response to additional requests from potential Class Members and nominees. Through the date of this Declaration, Analytics has mailed a total of 25,202 Notice Packets to potential Class Members and nominees, including institutional investors and pension funds. Notice Packets have also been available for download on the website (discussed below) and are not included in this total.

### TELEPHONE HELPLINE AND WEBSITE

3.      Analytics continues to maintain the toll-free telephone number (1-855-917-4968) and interactive voice response system to accommodate any inquiries from potential members of the Class. Analytics also continues to maintain the dedicated website for the Action (www.UMCSecuritiesLitigation.com) in order to assist Class Members. Analytics will continue maintaining and, as appropriate, updating the website and toll-free telephone number until the conclusion of the administration.

### REPORT ON OBJECTIONS AND REQUESTS FOR EXCLUSION RECEIVED

4.      The Class Notice informed potential Class Members that objections to the proposed settlement were to be mailed to Analytics, postmarked no later than December 16, 2020. As of the date of this Declaration, Analytics has received no objections.

5.      The Class Notice informed potential Class Members that requests for exclusion from the Class were to be mailed to Analytics, postmarked no later than December 16, 2020. As of the date of this Declaration, Analytics has received one (1) request for exclusion, attached as

Exhibit A, from shareholder Roshane Williams, which was postmarked on December 12, 2020. Williams' request for exclusion was accompanied by documentation evidencing the shareholder's proof of purchase of UMC shares. Such documentation has been omitted from Exhibit A to protect Williams' privacy. We will provide such documentation to the Court *in camera*, in redacted form, or otherwise as the Court may direct.

I declare, under penalty of perjury under the laws of the United States of America, that the foregoing is true and correct to the best of my knowledge.

Executed on January 8, 2021.

Kari L. Schmidt