# EXHIBIT A

Roshane Williams

████████████

Brooklyn, NY 11224.

12/7/20

UMC Securities Litigation- EXCLUSIONS
Claims Administrator,
Analytics Consulting LLC,
P.O. Box 2007,
Chanhassen, MN 55317 – 2007.

Dear Sir or Madam,

I, Roshane Williams would like to be excluded from the class in *Meyer v. United Microelectronics Corporation et al.,* No. 1:19-cv-02304-VM (S.D.N. Y).

As per my transaction history, 20 UMC shares were purchased 04/09/2018 @ 2.56 per share. None were sold during the period April 2018- November 2018.

Attached you will find all relevant documents requested. Please feel free to contact me for additional information.

Regards,

Roshane Williams

Roshane Williams

Brooklyn, NY. 11224.

---

**UNITED STATES POSTAL SERVICE.**                          **Retail**

### US POSTAGE PAID

## $8.45     Origin: 11224
12/12/20
3508080313-1

---

## PRIORITY MAIL 3-DAY®

---

0 Lb 5.60 Oz

**1004**

EXPECTED DELIVERY DAY:   12/17/20

**B050**

SHIP
TO:
 PO BOX 2007
 Chanhassen MN 55317-2007

---

## USPS TRACKING® NUMBER



9505 5150 4322 0347 3527 93