```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------X
KEVIN D. MEYER, individually and on    :
behalf of all others similarly         :
situated,                              :
                                       :
                    Plaintiff,         :
                                       :
          - against -                  :
                                       :
UNITED MICROELECTRONICS CORP., et al.,:
                                       :
                    Defendants.        :
------------------------------------X
```

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: January 11, 2021
```

19 Civ. 2304 (VM)

**ORDER**

**VICTOR MARRERO, United States District Judge.**

The Court will hold a hearing in the above-captioned matter on Friday, January 15, 2021 at 10:00 a.m. Due to the ongoing COVID-19 pandemic, the hearing will take place by teleconference using the following dial-in: (888) 363-4749 (international callers dial (215) 446-3662), access code 8392198.

The parties are directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19, available on the Court's website: https://www.nysd.uscourts.gov/hon-victor-marrero.

**SO ORDERED.**

```
Dated:    New York, New York
          11 January 2021
```

Victor Marrero
U.S.D.J.