```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------X
KEVIN D. MEYER, individually and on    :
behalf of all others similarly         :
situated,                              :
                                       :
                    Plaintiff,         :       19 Civ. 2304 (VM)
                                       :
     - against -                       :            ORDER
                                       :
UNITED MICROELECTRONICS CORP., et al., :
                                       :
                    Defendants.        :
---------------------------------X
```

**USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #:_____ DATE FILED: April 16, 2021**

**VICTOR MARRERO, United States District Judge.**

The hearing in the above-captioned matter currently scheduled for Friday, April 30, 2021 at 9:00 a.m is hereby rescheduled to Friday, April 30, 2021 and 1:00 p.m. Due to the ongoing COVID-19 pandemic, the hearing will take place by teleconference using the following dial-in: (888) 363-4749 (international callers dial (215) 446-3662), access code 8392198.

The parties are directed to review the Court's Emergency Individual Rules and Practices in Light of COVID-19, available on the Court's website: https://www.nysd.uscourts.gov/hon-victor-marrero.

**SO ORDERED.**

Dated:   New York, New York
         16 April 2021

*/s/ Victor Marrero*
Victor Marrero
U.S.D.J.