UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

KEVIN D. MEYER, Individually and On
Behalf of All Others Similarly Situated,

Plaintiffs,

v.

UNITED MICROELECTRONICS
CORPORATION, SHAN CHIEH CHIEN,
JASON WANG, PO-WEN YEN, and
CHITUNG LIU,

Defendants.

:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:
:

Civil Action No. 19-cv-02304 (VM)

**DECLARATION OF    JACOB A.
ENGLANDER    RE: COMPLIANCE WITH
CAFA REQUIREMENTS**

**Jacob A. Englander** declares that the following is true and correct under penalty of perjury pursuant to 28 U.S.C. § 1746:

1.      I am an associate in the office of Lazare Potter Giacovas & Moyle LLP, attorneys for Defendants United Microelectronics Corporation, Shan-Chieh Chien, Jason Wang and Chitung Liu in the above captioned matter.

2.      Pursuant to the Class Action Fairness Act, 28 U.S.C. § 1715, on January 15, 2021, I caused to be mailed (a) the cover letter attached hereto as Exhibit 1, which provided notice of the proposed settlement and fairness hearing in this matter, together with (b) a CD containing the documents identified in paragraph 3 below, to the 57 persons and offices identified on Attachment A to Exhibit 1.  Those persons included the Attorney General of the United States and the Attorneys General of each of the 50 states, the District of Columbia, and 5 U.S. territories.

3.      The following documents were included on the CD sent with the cover letter attached hereto as Exhibit 1:

- Complaint (Dkt No. 1)
- First Amended Complaint, with exhibits (Dkt No. 42)
- Motion for Preliminary Approval (Dkt No. 53)
- Declaration of Lead Plaintiff in Support of Preliminary Approval (Dkt No. 54)
- Declaration of Lead Counsel in Support of Preliminary Approval, with exhibits (Dkt No. 55)
- Memorandum of Law in Support of Preliminary Approval (Dkt No. 56)
- Preliminary Approval Order (Dkt No. 57)
- Motion for Final Approval (Dkt No. 58)
- Motion for Attorneys' Fees and Incentive Award (Dkt No. 59)
- Declaration of Lead Plaintiff in Support of Final Approval and Attorneys' Fees (Dkt No. 60)
- Declaration of Lead Counsel in Support of Final Approval and Attorneys' Fees (Dkt No. 61)
- Declaration of Settlement Administrator Regarding Class Notice and Report on Requests for Exclusion Received, with exhibits (Dkt No. 62)
- Memorandum of Law in Support of Final Approval and Plan of Allocation (Dkt No. 63)
- Memorandum of Law in Support of Attorneys' Fee and Incentive Award (Dkt No. 64)
- Supplemental Declaration of Lead Counsel in Support of Final Approval, Plan of Allocation, Attorneys' Fees and Incentive Award, with exhibit (Dkt No. 65)
- Supplemental Declaration of Settlement Administrator Regarding Class Notice and Report on Requests for Exclusion, with exhibit (Dkt No. 66)
- Reply Memorandum of Law in Further Support of Final Approval, Plan of Allocation, Attorneys' Fees and Incentive Award (Dkt No. 67)
- Order Setting Final Hearing (Dkt No. 68)
- Order Adjourning Final Hearing to April 30, 2021 (Dkt No. 69)

4.      My office has received no objections from any person or office listed on Attachment A to Exhibit 1.

Dated:      New York, New York
            April 26, 2021

                                    /s/ Jacob A. Englander
                                    Jacob A. Englander