EXHIBIT
1

# LPG&M
## LAZARE POTTER GIACOVAS & MOYLE LLP

747 THIRD AVE, FLOOR 16
NEW YORK, NEW YORK 10017
T: 212.758.9300
F: 212.888.0919
LPGMLAW.COM

Direct: (212) 784-2407
jmoyle@lpgmlaw.com

January 15, 2021

**VIA FEDERAL EXPRESS or UNITED PARCEL SERVICE**

**TO: ALL ADDRESSEES ON ATTACHMENT A**

**Re:    Notice of Proposed Class Action Settlement in *KEVIN D. MEYER, Individually and on Behalf of All Others Similarly Situated vs. UNITED MICROELECTRONICS CORPORATION et al.*, Civil Action No. 19-cv-02304 (S.D.N.Y.)**

Dear Sir/Madam:

Pursuant to 28 U.S.C. § 1715(b), you are hereby notified of a proposed settlement of the above-captioned class action lawsuit (the "Class Action") following a formal mediation and prior to defendants responding to the amended complaint.  This notice is provided on behalf of United Microelectronics Corporation, Shan-Chieh Chien, Jason Wang, Po-Wen Yen, and Chitung Liu (collectively, the "Defendants"), to advise your office of a proposed settlement of the above-referenced Class Action.  Under the Class Action Fairness Act of 2005 ("CAFA"), each defendant participating in a proposed class action settlement is required to serve a notice on the appropriate state official of each state in which a settlement class member resides.  Because settlement class members may reside in your state, we are providing you this notice in compliance with 28 U.S.C. § 1715(a)(2). Enclosed herewith is a CD containing the documents referenced below.  A Final Settlement Hearing is set for **April 30, 2021.**

## BACKGROUND

The original complaint in the Class Action was filed on March 14, 2019 by Kevin D. Meyer on behalf of himself and all persons and entities who purchased or otherwise acquired UMC American Despositary Shares ("ADSs") between October 28, 2015 and November 1, 2018 (the "Class Period").  Pursuant to the Private Securities Litigation Reform Act, counsel for Plaintiff Meyer published notice informing other potential class members of their right to move for appointment as lead plaintiff for the putative Class.  On May 13, 2019, Mark Nelson moved to be appointed lead plaintiff and moved for his attorneys, Levi & Korsinsky, to be appointed Lead Counsel, which motion was granted on May 23, 2019.  Thereafter, an amended complaint (the operative complaint) was filed on September 27, 2019 (the "Amended Complaint").  The Amended Complaint alleges that during the Class Period, Defendants engaged in a scheme to misappropriate

January 15, 2021
Page 2 of 15

certain intellectual property of Micron Technology, Inc., and alleges that on news of a federal indictment and Department of Justice civil action regarding that scheme, the price of UMC securities actively trading in the United States fell by $0.19 per ADS, a 10% drop. The Amended Complaint asserts violations of 15 U.S.C. §§ 78j(b) and 78t(a) of the Securities Exchange Act of 1934 and Rule 10b-5 promulgated thereunder.

Defendants dispute the allegations in the Amended Complaint, but before responsive pleadings were filed the parties, through counsel, retained Jed Melnick, Esq. of JAMS (the "Mediator") to facilitate settlement discussions. On February 10, 2020, after a full day of negotiations, the parties agreed to accept, in principle, the Mediator's recommendation to settle all claims in the Class Action for $3 million, subject to the execution of a customary stipulation and agreement of settlement and certain confirmatory discovery.

The parties thereafter negotiated and executed a Stipulation and Agreement of Settlement (the "Settlement Agreement"), which sets forth the terms and conditions of the Settlement including, among other things, a release of all claims asserted against Defendants in return for a cash payment in the amount of $3 million into a Settlement Fund for the benefit of the Settlement Class. (Unless otherwise defined, capitalized terms used herein have the same meaning as set forth in the Settlement Agreement.) After confirmatory discovery, Lead Plaintiff and Lead Counsel concluded that the proposed Settlement represents the best possible result for the Settlement Class given the risks of proceeding further with the litigation including, for example, the risks that Defendants would be successful in dismissing the action, damages and causation issues, and UMC's financial position and uncertainty surrounding the collection of a judgment. (*See, e.g.,* Dkt. #61, Declaration of Lead Counsel at ¶¶ 5-7, 25-30, 53-54.) On July 27, 2020, Lead Plaintiff filed his Unopposed Motion for Preliminary Approval of Proposed Class Action Settlement, which attached the Settlement Agreement as an exhibit. On July 28, 2020, the Court issued an Order for Hearing and Notice Directing: (A) Issuance of Notice of Proposed Class Action Settlement; and (B) Setting Date for Final Settlement Fairness Hearing (the "Preliminary Approval Order"). The Final Settlement Fairness Hearing was initially scheduled for January 15, 2021 and subsequently adjourned to April 30, 2021.

## COMPLIANCE WITH 28 U.S.C. § 1715

Section 1715(b) lists eight items that must be provided to appropriate state and federal officials in connection with a proposed class action settlement. Each of these items is addressed below. The CD accompanying this Notice contains individually saved PDFs, each labeled with the document name and corresponding ECF Docket Number referenced below.

1.  *A copy of the complaint and any materials filed with the complaint and any amended complaints (28 US.C. § 1715 (b)(1)).*

    The Amended Complaint, filed on September 27, 2019 (Dkt. #42), is included on the enclosed CD along with five exhibits thereto. Also included on the enclosed CD is the original complaint, filed on March 14, 2019 (Dkt. #1). These documents, as well as all other documents referenced in this letter, are  also available via the federal government's

January 15, 2021
Page 3 of 15

Pacer service at https://www.pacer.gov/psco/cgi-bin/links.pl by accessing the embedded link for the U.S. District Court – New York Southern District. Additional information about Pacer may be found at http://www.pacer.gov.

2.    *Notice of any scheduled judicial hearing in the class action (28 U.S.C. § 1715(b)(2)).*

Lead Plaintiffs' Unopposed Motion for Preliminary Approval of Proposed Class Action Settlement (Dkt. #53), together with a Memorandum of Law in Support (Dkt. #56), Declaration of Gregory M. Nespole in Support (Dkt. #55) with 2 attached exhibits including the Settlement Agreement (Dkt. #'s 55-1 and 55-2), and Declaration of Lead Plaintiff Mark Nelson in Support (Dkt. #54) were all filed on July 27, 2020. On July 28, 2020, the Court issued the Preliminary Approval Order, approving the form and manner of notice and setting the final approval hearing for January 15, 2021. (Dkt. #57). On December 2, 2020, Lead Plaintiff filed a Notice of Motion for Final Approval of Class Action Settlement and Plan of Allocation (Dkt. #58), Motion for Attorneys' Fees and Incentive Award (Dkt. #59), Declarations of Lead Plaintiff and Lead Counsel in Support of Final Approval, Attorneys' Fees and Incentive Award (Dkt. #'s 60-61), Declaration of Settlement Administrator in Support (Dkt. #62) with two attached exhibits including the Class Notice and Publication Notice (Dkt. #'s 62-1 and 62-2), and Memoranda in Support of Final Approval of Settlement, Allocation, Fees and Incentive Award. (Dkt. #'s 63-64). On January 8, 2021 Lead Counsel filed its Reply Memorandum and Supplemental Declarations of Lead Counsel and Settlement Administrator in Support of its Motion for Final Approval. (Dkt. #'s 65-67). On January 11, 2021, the Court filed a Notice setting the Final Settlement Fairness Hearing in the Class Action for January 15, 2021. (Dkt. #68). The Final Settlement Fairness Hearing thereafter was adjourned by order of the Court to April 30, 2021. These documents are all included on the enclosed CD.

3.    *Any proposed or final notification to class members of* (a) *the members' rights to request exclusion and* (b) *a proposed settlement of a class action (28 USC§ 1715 (b)(3)).*

A Notice of Pendency and Proposed Settlement of Class Action and a proposed Summary Notice of Pendency and Proposed Settlement of Class Action were filed as exhibits to the Settlement Agreement (Dkt. #55-1), and were attached as exhibits to the Declaration of Kari Schmidt [Settlement Administrator] in Support of Final Approval of Settlement (Dkt. #'s 62, 62-1, 62-2). These documents are all included on the enclosed CD.

4.    *Any proposed or final class action settlement (28 U.S.C. § 1715(b)(4)).*

A copy of the Settlement Agreement (Dkt. #55-1) is included on the enclosed CD.

5.    *Any settlement or other agreement contemporaneously made between class counsel and counsel for the defendants (28 U.S.C. § 1715(b)(5)).*

As reflected in paragraph 34(a) of the Settlement Agreement (Dkt. #55-1), the parties entered into a confidential Supplemental Agreement Regarding Requests for Exclusion (the "Supplemental Agreement"), which gives defendants the right, in accordance with the

January 15, 2021
Page 4 of 15

terms thereof, to terminate the Settlement and render this Stipulation null and void in the event that requests for exclusion from the Settlement Class exceed certain agreed-upon criteria (the "Termination Threshold"). The parties have agreed to maintain the confidentiality of the Supplemental Agreement, and it shall not be filed with the Court unless a dispute arises as to its terms, or as otherwise ordered by the Court, nor shall the Supplemental Agreement otherwise be disclosed unless ordered by the Court.

6.      *Any final judgment or notice of dismissal (28 U.S.C. § 1715(b)(6)).*

Not applicable.

7.      *If feasible,* (a) *the names of class members who reside in each State and the estimated proportionate share of the claims of such members to the entire settlement to that State's appropriate State official; or* (b) *if not feasible, a reasonable estimate of the number of class members residing in each State and the estimated proportionate share of the claims of such members to the entire settlement (28 U.S.C. § 1715 (b)(7)).*

The Class is comprised of all persons and entities who purchased or otherwise acquired ADSs of United Microelectronics Corporation during the period from October 28, 2015 through November 1, 2018, inclusive, and were allegedly damaged thereby. Many of the outstanding ADSs are registered to brokers or dealers holding the securities in accounts for underlying beneficial owners whose residence (and other) information is unknown to Defendants. Moreover, some class members may reside in foreign countries. Other class members may hold their securities beneficially through intermediate investment vehicles. It therefore is not feasible to provide the names of class members who reside in each state. The settlement administrator has mailed approximately 27,564 Notice packets to potential Class Members and nominees, including institutional investors and pension funds. (*See* Dkt. #66.) Attachment B reflects the approximate number of Notice packets that have been directly mailed to each state and territory. Many entities, such as brokers, holding in street name separately provide the Notice to beneficial owners. Attachment B also indicates the percentage of Notice packets that were provided by the settlement administrator to potential Class Members in each state relative to the total number of Notice packets mailed. Notice packets are also available for download on the dedicated website for the Class Action (www.UMCSecuritiesLitigation.com).

As of this date there have been no objections to the proposed settlement and only one request for exclusion. (*See* Dkt. #66.)

8.      *Any written judicial opinion relating to the materials described under (3) through (6) above (28 U.S.C.§ 1715(b)(8)).*

The Court issued the Preliminary Approval Order on July 28, 2020, which provided for Notice to the Class and set a Final Settlement Fairness Hearing for January 15, 2021. (Dkt. #57). The Final Settlement Fairness Hearing subsequently was adjourned to April 30, 2021 (Dkt. # 69). These materials are available on the enclosed CD.

January 15, 2021
Page 5 of 15

## TIMING OF THIS NOTICE

On July 27, 2020, Lead Plaintiff filed his Unopposed Motion for Preliminary Approval of Proposed Class Action Settlement and a Declaration of Lead Counsel in Support, which attached the Settlement Agreement as an exhibit (Dkt #55-1). On July 28, 2020, the Court issued an Order for Hearing and Notice Directing: (A) Issuance of Notice of Proposed Class Action Settlement; and (B) Setting Date for Final Settlement Fairness Hearing on January 15, 2021 (Dkt. #57). The Court subsequently adjourned the Final Settlement Fairness Hearing to April 30, 2021. (Dkt. # 69). This notice is being provided on January 15, 2021, which is 105 days in advance of the Court's Final Settlement Fairness Hearing.

Very truly yours,

**COUNSEL FOR DEFENDANTS**

LAZARE POTTER GIACOVAS & MOYLE LLP

By:    \_\_\_s/ James F. Moyle_____
James F. Moyle
747 Third Avenue, 16th Floor
New York, NY 10017
(212) 758-9300
jmoyle@lpgmlaw.com

*Attorneys for Defendants United Microelectronics Corporation, Shan-Chieh Chien, Jason Wang and Chitang Liu*

HERRICK, FEINSTEIN LLP

By:    \_\_\_s/ Jason A. D'Angelo_____
Two Park Avenue
New York, NY 10016
(212) 592-1400
jdangelo@herrick.com

*Attorneys for Defendant Po-Wen Yen*

January 15, 2021
Page 6 of 15

## ATTACHMENT A:  ADDRESSEES

| State/Entity | Name | Address |
|---|---|---|
| Federal | Acting Attorney General Jeffrey A. Rosen | U.S. Department of Justice<br>950 Pennsylvania Avenue, NW<br>Washington, DC 20530-0001<br>(202) 514-2000<br>https://www.justice.gov/contactus |
| Alabama | Steve Marshall | Attorney General's Office<br>State of Alabama<br>501 Washington Ave.<br>Montgomery, AL 36104<br>(334) 242-7300<br>http://www.ago.state.al.us/ |
| Alaska | Acting Attorney General Clyde (Ed) Sniffen, Jr. | Attorney General Kevin G. Clarkson<br>1031 West 4th Avenue, Suite 200<br>Anchorage, AK 99501-1994<br>(907) 269-5100<br>http://www.law.state.ak.us/index.html |
| American Samoa | Acting Attorney General Mitzie Jessop-Taase | American Samoa Government<br>Executive Office Building<br>Pago Pago, AS 96799<br>(684) 633-4163 |
| Arizona | Mark Brnovich | Office of the Attorney General<br>2005 N. Central Ave.<br>Phoenix, AZ 85004-2926<br>(602) 542-5025<br>http://www.azag.gov/ |
| Arkansas | Leslie Rutledge | The Attorney General's Office<br>323 Center Street, Suite 200<br>Little Rock, AR 72201<br>(800) 482-8982<br>http://www.ag.arkansas.gov/ |
| California | Xavier Becerra | CAFA Coordinator<br>Office of the Attorney General<br>Consumer Law Section<br>455 Golden Gate Ave., Suite 11000<br>San Francisco, CA 94102<br>(415) 510-4400<br>http://ag.ca.gov/ |
| Colorado | Philip J. Weiser | Ralph L. Carr Colorado Judicial Center |

January 15, 2021
Page 7 of 15

| | | |
|---|---|---|
| | | 1300 Broadway, 10th Floor<br>Denver, CO 80203<br>(720) 508-6000<br>https://coag.gov/ |
| Connecticut | William Tong | Office of the Attorney General<br>165 Capital Avenue<br>Hartford, CT 06106<br>(860) 808-5318<br>http://www.ct.gov/ag/ |
| Delaware | Kathy Jennings | Delaware Department of Justice<br>Carvel State Office Bldg.<br>820 N. French St.<br>Wilmington, DE 19801<br>302-577-8400<br>http://attorneygeneral.delaware.gov/ |
| District of Columbia | Karl A. Racine | Office of the Attorney General for the District of Columbia<br>441 4th Street, NW<br>Suite 1100 South<br>Washington, DC 20001<br>(202) 727-3400<br>http://oag.dc.gov/ |
| Florida | Ashley Moody | Office of the Attorney General<br>State of Florida<br>PL 01 – The Capitol<br>Tallahassee, FL 32399-1050<br>(850) 414-3300<br>http://myfloridalegal.com/ |
| Georgia | Christopher M. Carr | Office of the Attorney General<br>40 Capitol Square, SW<br>Atlanta, GA 30334<br>(404) 656-3300<br>http://law.ga.gov/ |
| Guam | Leevin T. Camacho | Office of the Attorney General Guam<br>590 S. Marine Corps Dr., Suite 901<br>Tamuning, Guam 96913<br>(671) 475-3324<br>http://www.guamag.org/ |
| Hawaii | Clare E. Connors | Department of the Attorney General<br>425 Queen St.<br>Honolulu, HI 96813<br>(808) 586-1500<br>http://ag.hawaii.gov/ |

January 15, 2021
Page 8 of 15

| Idaho | Lawrence Wasden | State of Idaho<br>Office of the Attorney General<br>700 W. Jefferson Street, Suite 210<br>P.O. Box 83720<br>Boise, ID 83720-1000<br>(208) 334-2400<br>http://www.ag.idaho.gov/ |
|---|---|---|
| Illinois | Kwame Raoul | Office of the Attorney General<br>James R. Thompson Center<br>100 W. Randolph Street, 11th-13th Floors<br>Chicago, IL 60601<br>(312) 814-3000<br>http://illinoisattorneygeneral.gov/ |
| Indiana | Todd Rokita | Office of the Indiana Attorney General<br>Indiana Government Center South<br>302 West Washington Street, 5th Floor<br>Indianapolis, IN 46204<br>(317) 232-6201<br>http://www.in.gov/attorneygeneral/ |
| Iowa | Thomas J. Miller | Office of the Attorney General of Iowa<br>Hoover State Office Building<br>1305 E. Walnut Street<br>Des Moines, IA 50319<br>(515) 281-5164<br>http://www.iowaattorneygeneral.gov |
| Kansas | Derek Schmidt | Kansas Attorney General Derek Schmidt<br>120 S.W. 10th Ave., 2nd Fl.<br>Topeka, KS 66612<br>(785) 296-2215<br>https://www.ag.ks.gov/ |
| Kentucky | Daniel Cameron | Office of the Attorney General<br>700 Capitol Avenue, Suite 118<br>Frankfort, KY 40601-3449<br>(502) 696-5300<br>http://ag.ky.gov/ |
| Louisiana | Jeff Landry | Attorney General Jeff Landry<br>Louisiana Department of Justice<br>P.O. Box 94005<br>Baton Rouge, LA 70804<br>(225) 326-6000<br>http://www.ag.state.la.us/ |

January 15, 2021
Page 9 of 15

| | | |
|---|---|---|
| Maine | Aaron Frey | Office of the Attorney General<br>6 State House Station<br>Augusta, ME 04333<br>(207) 626-8800<br>http://www.maine.gov/ag/ |
| Maryland | Brian E. Frosh | Brian E. Frosh<br>Maryland Attorney General<br>200 St. Paul Place<br>Baltimore, MD 21202<br>(410) 576-6300<br>http://www.marylandattorneygeneral.gov/ |
| Massachusetts | Maura Healey | Office of Massachusetts Attorney General Maura Healey<br>ATTN: CAFA Coordinator/General Counsel's Office<br>One Ashburton Place<br>Boston, MA 02108<br>(617) 727-2200<br>https://www.mass.gov/orgs/officeofattorneygeneralmaurahealey |
| Michigan | Dana Nessel | Department of Attorney General<br>G. Mennen Williams Building<br>525 W. Ottawa St.<br>P.O. Box 30212<br>Lansing, MI 48909<br>(517) 335-7622<br>http://www.michigan.gov/ag |
| Minnesota | Keith Ellison | Office of Minnesota Attorney General Keith Ellison<br>445 Minnesota Street, Suite 1400<br>Saint Paul, MN 55101-2131<br>(651) 296-3353 or (800) 657-3787 or (800) 627-3529<br>http://www.ag.state.mn.us/ |
| Mississippi | Lynn Fitch | Mississippi Attorney General's Office<br>P.O. Box 220<br>Jackson, MS 39205<br>(601) 359-3680<br>http://www.ago.state.ms.us/ |
| Missouri | Eric Schmitt | Missouri Attorney General's Office<br>Supreme Court Building<br>207 W. High St.<br>P.O. Box 899<br>Jefferson City, MO 65102<br>(573) 751-3321<br>http://ago.mo.gov/ |
| Montana | Austin Knudsen | Office of the Attorney General<br>215 N. Sanders, Third Floor<br>P.O. Box 201401 |

January 15, 2021
Page 10 of 15

| | | |
|---|---|---|
| | | Helena, MT 59620-1401<br>(406) 444-2026<br>https://doj.mt.gov/ |
| Nebraska | Doug Peterson | Nebraska Attorney General's Office<br>2115 State Capitol<br>P.O. Box 98920<br>Lincoln, NE 68509<br>(402) 471-2683<br>http://www.ago.ne.gov/ |
| Nevada | Aaron Ford | Office of the Attorney General<br>100 North Carson Street<br>Carson City, NV 89701<br>(775) 684-1100<br>http://ag.nv.gov/ |
| New Hampshire | Gordon MacDonald | NH Department of Justice<br>Gordon J. MacDonald, Attorney General<br>33 Capitol Street<br>Concord, NH 03301<br>(603) 271-3658<br>https://www.doj.nh.gov/index.htm |
| New Jersey | Gurbir S. Grewal | Office of the Attorney General<br>Richard J. Hughes Justice Complex<br>25 Market Street<br>P.O. Box 080<br>Trenton, NJ 08625-0080<br>(609) 292-4925<br>https://nj.gov/oag/ |
| New Mexico | Hector Balderas | Hector Balderas<br>New Mexico Attorney General<br>P.O. Drawer 1508<br>Santa Fe, NM 87504-1508<br>(505) 490-4060<br>https://www.nmag.gov/ |
| New York | Letitia A. James | Office of the Attorney General<br>The Capitol<br>Albany, NY 12224-0341<br>(518) 776-2000<br>http://www.ag.ny.gov/ |
| North Carolina | Josh Stein | The Attorney General<br>9001 Mail Service Center<br>Raleigh, NC 27699-9001<br>(919) 716-6400<br>http://www.ncdoj.gov/ |

January 15, 2021
Page 11 of 15

| North Dakota | Wayne Stenehjem | State Capitol<br>600 East Boulevard Avenue, Department 125<br>Bismarck, ND 58505-0040<br>(701) 328-2210<br>https://attorneygeneral.nd.gov/ |
|---|---|---|
| Northern Mariana Islands | Edward Manibusan | Office of the Attorney General<br>Caller Box 10007<br>Saipan, MP 96950<br>(670) 237-7500 |
| Ohio | Dave Yost | Ohio Attorney General<br>30 E. Broad St., 14th Floor<br>Columbus, OH 43215<br>(614) 466-4320<br>http://www.ohioattorneygeneral.gov/ |
| Oklahoma | Mike Hunter | Oklahoma Office of the Oklahoma Attorney General<br>313 NE 21st Street<br>Oklahoma City, OK 73105<br>(405) 521-3921<br>http://www.oag.state.ok.us/ |
| Oregon | Ellen F. Rosenblum | Oregon Department of Justice<br>1162 Court St. NE<br>Salem, OR 97301-4096<br>(503) 378-4400<br>http://www.doj.state.or.us/ |
| Pennsylvania | Josh Shapiro | Pennsylvania Office of Attorney General<br>Strawberry Square, 16th Floor<br>Harrisburg, PA 17120<br>717-787-3391<br>https://www.attorneygeneral.gov/ |
| Puerto Rico | Ines Del C. Carrau Martinez | Departamento de Justicia<br>P.O. Box 9020192<br>San Juan, PR, 00902-0192<br>787-721-2900<br>http://www.justicia.gobierno.pr/ |
| Rhode Island | Peter F. Neronha | Office of the Attorney General<br>150 South Main Street<br>Providence, RI 02903<br>(401) 274-4400<br>http://www.riag.ri.gov/ |
| South Carolina | Alan Wilson | The Honorable Alan Wilson<br>P.O. Box 11549<br>Columbia, SC 29211<br>(803) 734-3970<br>http://www.scag.gov/ |

January 15, 2021
Page 12 of 15

| South Dakota | Jason Ravnsborg | Office of the Attorney General<br>1302 East Highway 14<br>Suite 1<br>Pierre, SD 57501-8501<br>(605) 773-3215<br>http://atg.sd.gov/ |
| --- | --- | --- |
| Tennessee | Herbert H. Slatery III | Office of the Attorney General and Reporter<br>P.O. Box 20207<br>Nashville, TN 37202-0207<br>615-741-3491<br>http://www.tn.gov/attorneygeneral |
| Texas | Ken Paxton | Office of the Attorney General<br>P.O. Box 12548<br>Austin, TX 78711-2548<br>(512) 463-2100<br>https://www.texasattorneygeneral.gov/ |
| Utah | Sean Reyes | Office of the Attorney General<br>P.O. Box 142320<br>Salt Lake City, UT 84114-2320<br>(801) 366-0260<br>http://attorneygeneral.utah.gov/ |
| Vermont | T.J. Donovan | Vermont Attorney General's Office<br>109 State Street<br>Montpelier, VT 05609<br>(802) 828-3173<br>http://ago.vermont.gov/ |
| Virgin Islands | Denise N. George | Office of the Attorney General<br>3438 Kronprindsens Gade<br>GERS Building, 2nd Floor<br>St. Thomas, Virgin Islands 00802<br>(340) 774-5666<br>http://usvidoj.codemeta.com/ |
| Virginia | Mark Herring | Office of the Attorney General<br>202 North Ninth Street<br>Richmond, VA 23219<br>(804) 786-2071<br>http://www.oag.state.va.us/ |

January 15, 2021
Page 13 of 15

| Washington | Bob Ferguson | Office of the Attorney General<br>1125 Washington St. SE<br>P.O. Box 40100<br>Olympia, WA 98504-0100<br>(360) 753-6200<br>http://www.atg.wa.gov |
|---|---|---|
| West Virginia | Patrick Morrisey | The Office of the Attorney General<br>State Capitol Complex Building 1, Room E-26<br>Charleston, WV 25305<br>(304) 558-2021<br>http://www.wvago.gov/ |
| Wisconsin | Josh Kaul | Wisconsin Department of Justice<br>P. O. Box 7857<br>Madison, WI 53707-7857<br>(608) 266-1221<br>http://www.doj.state.wi.us |
| Wyoming | Bridget Hill | Wyoming Attorney General's Office<br>Kendrick Building<br>2320 Capitol Avenue<br>Cheyenne, WY 82002<br>(307) 777-7841<br>http://attorneygeneral.state.wy.us |

January 15, 2021
Page 14 of 15

## ATTACHMENT B

| STATE | NOTICE MAILED | SETTLEMENT SHARE |
|---|---|---|
| Alabama | 253 | 0.92% |
| Alaska | 46 | 0.17% |
| Arizona | 506 | 1.84% |
| Arkansas | 120 | 0.44% |
| California | 4381 | 15.89% |
| Colorado | 503 | 1.82% |
| Connecticut | 392 | 1.42% |
| Delaware | 123 | 0.45% |
| District of Columbia | 96 | 0.35% |
| Florida | 2007 | 7.28% |
| Georgia | 904 | 3.28% |
| Hawaii | 127 | 0.46% |
| Idaho | 92 | 0.33% |
| Illinois | 1067 | 3.87% |
| Indiana | 393 | 1.43% |
| Iowa | 149 | 0.54% |
| Kansas | 225 | 0.82% |
| Kentucky | 237 | 0.86% |
| Louisiana | 241 | 0.87% |
| Maine | 92 | 0.33% |
| Maryland | 576 | 2.09% |
| Massachusetts | 798 | 2.90% |
| Michigan | 744 | 2.70% |
| Minnesota | 581 | 2.11% |
| Mississippi | 115 | 0.42% |
| Missouri | 349 | 1.27% |
| Montana | 56 | 0.20% |
| Nebraska | 130 | 0.47% |
| Nevada | 244 | 0.89% |
| New Hampshire | 143 | 0.52% |
| New Jersey | 1034 | 3.75% |
| New Mexico | 133 | 0.48% |
| New York | 2221 | 8.06% |
| North Carolina | 691 | 2.51% |
| North Dakota | 55 | 0.20% |
| Ohio | 783 | 2.84% |
| Oklahoma | 196 | 0.71% |
| Oregon | 332 | 1.20% |
| Pennsylvania | 941 | 3.41% |
| Puerto Rico | 54 | 0.20% |
| Rhode Island | 110 | 0.40% |
| South Carolina | 336 | 1.22% |
| South Dakota | 48 | 0.17% |
| Tennessee | 390 | 1.41% |
| Texas | 2059 | 7.47% |

January 15, 2021
Page 15 of 15

| | | |
|---|---:|---:|
| Utah | 295 | 1.07% |
| Vermont | 59 | 0.21% |
| Virginia | 754 | 2.74% |
| Washington | 868 | 3.15% |
| West Virginia | 84 | 0.30% |
| Wisconsin | 385 | 1.40% |
| Wyoming | 46 | 0.17% |
| **TOTAL** | **27564** | **100.00%** |