**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KEVIN D. MEYER, Individually and on Behalf of All Others Similarly Situated, | Case No. 19-cv-02304-VM |
| Plaintiff, | |
| v. | Hon. Victor Marrero, U.S.D.J. |
| UNITED MICROELECTRONICS CORPORATION, SHAN-CHIEH CHIEN, JASON WANG, PO-WEN YEN, and CHITUNG LIU, | |
| Defendants. | |

**LEAD PLAINTIFF'S NOTICE OF UNOPPOSED MOTION FOR ENTRY**
**OF AN ORDER APPROVING DISTRIBUTION OF THE**
**NET SETTLEMENT FUND TO AUTHORIZED CLAIMANTS**

PLEASE TAKE NOTICE that Court-appointed Lead Plaintiff Mark Nelson ("**Lead Plaintiff**"), by his undersigned Court-appointed Lead Counsel Levi & Korsinsky, LLP ("**Lead Counsel**"), respectfully moves this Court before the Hon. Victor Marrero, United States District Judge, Southern District of New York, at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, New York, New York 10007, for an entry of the accompanying [Proposed] Order Approving Distribution of the Net Settlement Fund to Authorized Claimants (the "**Distribution Order**"): (i) approving distribution of the Net Settlement Fund to Authorized Claimants who submitted "Timely Eligible Claims" or "Late But Otherwise Eligible Claims" as set forth in the accompanying Declaration of Kari L. Schmidt in Support of Lead Plaintiff's Unopposed Motion for Entry of an Order Approving Distribution of the Net Settlement Fund to Authorized Claimants (the "**Schmidt Declaration**"); (ii) rejecting the "Rejected Claims" as set forth in the Schmidt Declaration; and (iii) authorizing the payment of up to an additional $99,160.63 to the settlement administrator for estimated fees and expenses expected to be incurred in connection with the initial

distribution of the Net Settlement Fund, as well as its fees and expenses to be incurred in the event of any subsequent distribution(s).

PLEASE TAKE FURTHER NOTICE, that in support of his motion, Lead Plaintiff will rely upon the accompanying Schmidt Declaration, the exhibits thereto, and the accompanying memorandum of law.

PLEASE TAKE FURTHER NOTICE, that the undersigned has conferred with counsel to Defendants, who advise that Defendants do not oppose the relief sought in this motion.

The proposed Distribution Order is submitted herewith.

Dated: New York, New York
January 3, 2022

**LEVI & KORSINSKY, LLP**

/s/ *Gregory M. Nespole*
Joseph E. Levi
Gregory M. Nespole
55 Broadway, 10th Floor
New York, NY 10006
T: (212) 363-7500
F: (212) 363-7171
E: jlevi@zlk.com
    gnespole@zlk.com

*Plaintiffs' Lead Counsel*

2