**EXHIBIT A**

*UMC Securities Litigation*
c/o Analytics Consulting LLC
P.O. Box 2007
Chanhassen, MN 55317-2007

# NOTICE OF PARTIAL REJECTION OF CLAIM

**Today's Date:  September 10, 2021**
**Response Due Date:  September 20, 2021**

**RE:** *UMC Securities Litigation*

███████████████████████████

███████████

Claim Number: ████████

Dear Claimant:

We have processed the Proof of Claim and Release Form ("Claim") that you submitted in connection with the settlement achieved in the above-noted litigation. A portion of your Claim, based on our review, is currently deficient or ineligible for the reason(s) listed below. In order to resolve the deficient/ineligible condition(s) within your Claim, you must submit a written response with any required information, as specified below, postmarked no later than the response deadline printed above. Please include a copy of this notice with your response. **If you fail to respond by the response deadline, or if your response fails to cure the condition(s) identified below, this Claim will be rejected to the extent that those condition(s) remain uncured. Please note, this is the only notice you will receive with respect to this Claim.**

> **Reason:** Transfer In/Free Receipt.
>
> The transaction(s) detailed on the enclosed list are identified as shares received or transferred into your account during the Class Period.  There is no information or documentation that shows these shares were purchased or otherwise acquired during the Class Period.  As such, these shares will not be included in the calculation of this Claim.
>
> **How to Resolve:** To resolve this condition of ineligibility, please provide acceptable documentation showing the original purchase or acquisition date of these shares. For UMC ADSs, only purchases or acquisitions from after the close of trading on October 27, 2015 through November 1, 2018 are eligible to be included in the calculation of your Claim.

**Claims that are not cured by the response deadline above will be rejected.** If you believe your Claim has been rejected in error, you may contact us for assistance and/or request Court review of our determination. To request Court review of your Claim, you must send us a signed written statement that: (a) states your reasons for contesting the rejection of this Claim, along with any and all documentation supporting your argument(s); (b) specifically states that you "request that the Court review the rejection of this Claim"; and (c) includes a copy of this notice and is postmarked no later than the response deadline set forth above. If the dispute concerning your Claim cannot be resolved, your Claim will be presented to the Court for review, which may include public filing of your Claim and supporting documentation with the Court (with financial account numbers and certain other information redacted). Please note: Court review should only be sought if you disagree with our determination about this Claim.

If you have any questions about this notice or if you want to confirm the status of your Claim after you submit a response to this notice, please contact us at 1-855-917-4968 or email us at info@UMCSecuritiesLitigation.com. Please reference the Claim number listed above in any communication. If you would like to view or download the Notice (which contains the Plan of Allocation outlining Claim eligibility), you may do so by visiting www.UMCSecuritiesLitigation.com.

Very truly yours,

Analytics Consulting LLC
Claims Administrator

**UMC Transactions Provided by Claimant**

| Date | Stock Type | Transaction | Number of Shares | Price Per Share | Aggregate Paid or Amount Received | Documentation Provided? |
|---|---|---|---|---|---|---|
| 10/27/15 | UMC | HOLD | 0.0000 | | | Yes |
| 9/5/17 | UMC | BUY | 89.0000 | $2.70 | $240.52 | Yes |
| 9/25/17 | UMC | RECEIVED | 84.0000 | $0.00 | $0.00 | Yes |
| 6/28/18 | UMC | BUY | 63.0000 | $2.76 | $173.79 | Yes |
| 9/10/18 | UMC | SELL | 236.0000 | $2.47 | $581.99 | Yes |
| 11/1/18 | UMC | HOLD | 0.0000 | | | Yes |

**Summary of UMC Transactions**

| | Shares | Amount Paid or Received |
|---|---|---|
| Total Shares Purchased: | 152.0000 | $414.31 |
| Total Shares Sold: | 236.0000 | $581.99 |
| Total Shares Received: | 84.0000 | |
| Total Shares Delivered: | 0.0000 | |

*UMC Securities Litigation*
c/o Analytics Consulting LLC
P.O. Box 2007
Chanhassen, MN 55317-2007

## NOTICE OF REJECTION OF CLAIM

**Today's Date:  September 10, 2021**
**Response Due Date:  September 20, 2021**

**RE:** *UMC Securities Litigation*

Claim Number:  ▇▇▇▇▇

Dear Claimant:

We have processed the Proof of Claim and Release Form ("Claim") that you submitted in connection with the settlement achieved in the above-noted litigation. Your Claim, based on our review, is ineligible for a recovery for the reason(s) listed below. Please note that some reasons for ineligibility are curable. To resolve the identified curable condition(s) of ineligibility, please follow the instructions below.

In order for this Claim to be eligible, the identified curable conditions of ineligibility must be resolved, and the Claim must then calculate to a Recognized Claim under the Court-approved Plan of Allocation. Please include a copy of this notice with your response. **If you fail to respond by the response deadline printed above, or if your response fails to cure the condition(s) identified below, your Claim will be rejected in its entirety. Please note that this is the only notice you will receive with respect to this Claim.**

Reason: No "Recognized Loss" Pursuant to Court-Approved Plan of Allocation.

In accordance with the Court-approved Plan of Allocation set forth in the Notice (which was previously provided to you and is available for review on the case website), we have determined that this Claim calculates to a "Recognized Loss" of zero and therefore is not eligible to receive any distribution from the Net Settlement Fund.

**How to Resolve:** This is NOT a curable deficiency unless you had additional transactions in UMC ADSs that are not reflected in your Claim.  Please note, your Claim may also have other ineligible conditions listed in this notice.  If the ineligible conditions listed in this notice are not cured, the Claim will not be recommended for approval, and, therefore, it will not be eligible to receive any recovery.  If other ineligible conditions are resolved but the Claim still does not calculate to a Recognized Loss under the Plan of Allocation, the Claim will remain ineligible.

**Claims that are not cured by the response deadline above will be rejected.** If you believe your Claim has been rejected in error, you may contact us for assistance and/or request Court review of our determination. To request Court review of your Claim, you must send us a signed written statement that: (a) states your reasons for contesting the rejection of this Claim, along with any and all documentation supporting your argument(s); (b) specifically states that you "request that the Court review the rejection of this Claim"; and (c) includes a copy of this notice and is postmarked no later than the response deadline set forth above. If the dispute concerning your Claim cannot be resolved, your Claim will be presented to the Court for review, which may include public filing of your Claim and supporting documentation with the Court (with financial account numbers and certain other information redacted). Please note: Court review should only be sought if you disagree with our determination about this Claim.

If you have any questions about this notice or if you want to confirm the status of your Claim after you submit a response to this notice, please contact us at 1-855-917-4968 or email us at info@UMCSecuritiesLitigation.com. Please reference the Claim number listed above in any communication. If you would like to view or download the Notice (which contains the Plan of Allocation outlining Claim eligibility), you may do so by visiting www.UMCSecuritiesLitigation.com.

Very truly yours,

Analytics Consulting LLC
Claims Administrator

**UMC Transactions Provided by Claimant**

| Date | Stock Type | Transaction | Number of Shares | Price Per Share | Aggregate Paid or Amount Received | Documentation Provided? |
|------|-----------|-------------|------------------|-----------------|-----------------------------------|-------------------------|
| 10/27/15 | UMC | HOLD | 0.0000 | | | Yes |
| 7/24/17 | UMC | BUY | 1,000.0000 | $2.46 | $2,460.00 | Yes |
| 8/31/17 | UMC | SELL | 1,000.0000 | $2.50 | $2,500.00 | Yes |
| 11/1/18 | UMC | HOLD | 0.0000 | | | Yes |

**Summary of UMC Transactions**

| | Shares | Amount Paid or Received |
|------|--------|-------------------------|
| Total Shares Purchased: | **1,000.0000** | **$2,460.00** |
| Total Shares Sold: | **1,000.0000** | **$2,500.00** |
| Total Shares Received: | **0.0000** | |
| Total Shares Delivered: | **0.0000** | |