**EXHIBIT B**

**From:** Analytics Secure File Transfer <liquidfiles@analyticsllc.com>
**Sent:** Monday, September 20, 2021 4:07 PM
**To:** ████████████████████████████████
**Subject:** UMC Securities Litigation-NOTICES ATTACHED


Dear Filer,

Please see the attached notices regarding claims filed by your entity in the UMC Securities Litigation.

Sincerely,

Office of the Claims Administrator


**This is an email from Analytics' file transfer system. The following files can be accessed from this message:**

| Filename | Size | Checksum (SHA256) |
|---|---|---|
| █████.pdf | 1.1 MB | cdd0af3922173ef46dc18fb0a16b20982a58e92d8487225c63c2a70808c29c31 |


Please click on the following link to download the attachments:
https://liquidfiles.analyticsllc.com/message/08exIdQAVzyiB0RViYMvLp

This email or download link can not be forwarded to anyone else.

The attachments are available until: **Monday, 27 September.**

Message ID: 08exIdQAVzyiB0RViYMvLp

*The information contained in this message may be privileged and confidential and protected from disclosure. If the reader of this message is not the intended recipient, or an employee or agent responsible for delivering this message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify us immediately by replying to the message and deleting it from your computer. Thank you.*