**Exhibit D**
**Timely Eligible Claims**

| | Claim | Recognized Claim | | Claim | Recognized Claim |
|---|---|---|---|---|---|
| 1 | 1000279 | $2,010.00 | 41 | 1007130 | $75.00 |
| 2 | 1000280 | $4,390.00 | 42 | 1007131 | $300.00 |
| 3 | 1000369 | $0.59 | 43 | 1007386 | $11,095.58 |
| 4 | 1000989 | $295.00 | 44 | 1007416 | $335.00 |
| 5 | 1001360 | $13.71 | 45 | 1007747 | $60.00 |
| 6 | 1001394 | $82.00 | 46 | 1007876 | $75.00 |
| 7 | 1001434 | $260.00 | 47 | 1007893 | $1,978.66 |
| 8 | 1002445 | $980.00 | 48 | 1007894 | $438.59 |
| 9 | 1002548 | $13.17 | 49 | 1007979 | $1,751.60 |
| 10 | 1002552 | $5.85 | 50 | 1007995 | $160.80 |
| 11 | 1002672 | $148.07 | 51 | 1008115 | $118.00 |
| 12 | 1003698 | $1,413.00 | 52 | 1008151 | $1,151.06 |
| 13 | 1004144 | $68.85 | 53 | 1008294 | $940.00 |
| 14 | 1004265 | $70.52 | 54 | 1008333 | $9.48 |
| 15 | 1004298 | $2,100.00 | 55 | 1008358 | $100.20 |
| 16 | 1004361 | $2,327.87 | 56 | 1008404 | $917.26 |
| 17 | 1004405 | $31.00 | 57 | 1008599 | $18.00 |
| 18 | 1004559 | $820.00 | 58 | 1008920 | $40.80 |
| 19 | 1004791 | $9,450.00 | 59 | 1008922 | $3,687.00 |
| 20 | 1004836 | $20.00 | 60 | 1008926 | $620.00 |
| 21 | 1004902 | $696.20 | 61 | 1008929 | $79.65 |
| 22 | 1004966 | $1,151.88 | 62 | 1008936 | $12.73 |
| 23 | 1005134 | $12.02 | 63 | 1008937 | $21.50 |
| 24 | 1005432 | $1,187.16 | 64 | 1008939 | $1,302.50 |
| 25 | 1005447 | $346.83 | 65 | 1008941 | $367.25 |
| 26 | 1005589 | $281.49 | 66 | 1008942 | $23.60 |
| 27 | 1005670 | $1,600.00 | 67 | 1008944 | $3.00 |
| 28 | 1005774 | $2,409.99 | 68 | 1008945 | $462.43 |
| 29 | 1005848 | $6,452.19 | 69 | 1008949 | $256.20 |
| 30 | 1005905 | $82.00 | 70 | 1008950 | $2.11 |
| 31 | 1006463 | $2,525.20 | 71 | 1008956 | $82.00 |
| 32 | 1006483 | $225.00 | 72 | 1008958 | $29.50 |
| 33 | 1006629 | $7,127.46 | 73 | 1008961 | $670.00 |
| 34 | 1006653 | $1,200.00 | 74 | 1009006 | $6.45 |
| 35 | 1006677 | $2,952.82 | 75 | 1009011 | $128.99 |
| 36 | 1006907 | $1,596.00 | 76 | 1009029 | $33.40 |
| 37 | 1006926 | $2,737.29 | 77 | 1009035 | $3,548.40 |
| 38 | 1006978 | $1,959.00 | 78 | 1009137 | $653.38 |
| 39 | 1007058 | $60.00 | 79 | 1010283 | $3,209.79 |
| 40 | 1007066 | $69.75 | 80 | 1010677 | $278.92 |

1

**Exhibit D**
**Timely Eligible Claims**

| | Claim | Recognized Claim | | | Claim | Recognized Claim |
|---|---|---|---|---|---|---|
| 81 | 1010778 | $397.02 | | 122 | 1012680 | $109.29 |
| 82 | 1012148 | $356.39 | | 123 | 1012681 | $304.60 |
| 83 | 1012172 | $201.00 | | 124 | 1012682 | $149.38 |
| 84 | 1012488 | $20.84 | | 125 | 1012684 | $67.00 |
| 85 | 1012494 | $134.00 | | 126 | 1012686 | $1,504.50 |
| 86 | 1012504 | $206.50 | | 127 | 1012689 | $21.49 |
| 87 | 1012506 | $287.00 | | 128 | 1012690 | $71.50 |
| 88 | 1012509 | $580.00 | | 129 | 1012696 | $16.83 |
| 89 | 1012511 | $7.70 | | 130 | 1012698 | $117,964.29 |
| 90 | 1012530 | $300.00 | | 131 | 1012703 | $3.00 |
| 91 | 1012533 | $246.00 | | 132 | 1012704 | $1,258.56 |
| 92 | 1012534 | $28.91 | | 133 | 1012708 | $328.30 |
| 93 | 1012535 | $264,057.26 | | 134 | 1012709 | $2,848.45 |
| 94 | 1012538 | $1,909.50 | | 135 | 1012710 | $3,536.26 |
| 95 | 1012539 | $574.00 | | 136 | 1012716 | $63.55 |
| 96 | 1012540 | $10,400.00 | | 137 | 1012723 | $9.45 |
| 97 | 1012541 | $387.89 | | 138 | 1012724 | $9.45 |
| 98 | 1012543 | $15.00 | | 139 | 1012725 | $1,660.20 |
| 99 | 1012544 | $1,060.00 | | 140 | 1014598 | $5.20 |
| 100 | 1012545 | $45.00 | | 141 | 1015418 | $6.70 |
| 101 | 1012601 | $477.40 | | 142 | 1015918 | $19.89 |
| 102 | 1012602 | $16.40 | | 143 | 1020006 | $111.33 |
| 103 | 1012607 | $708.00 | | 144 | 1023010 | $9.30 |
| 104 | 1012611 | $82.00 | | 145 | 1023068 | $46.23 |
| 105 | 1012612 | $82.00 | | 146 | 1028507 | $26.09 |
| 106 | 1012618 | $1.50 | | 147 | 1028513 | $920.43 |
| 107 | 1012626 | $1,249.50 | | 148 | 1028516 | $121.70 |
| 108 | 1012629 | $116.23 | | 149 | 1028519 | $1,028.56 |
| 109 | 1012632 | $349.30 | | 150 | 1028525 | $55.65 |
| 110 | 1012635 | $193.90 | | 151 | 1028526 | $3,909.75 |
| 111 | 1012636 | $452.36 | | 152 | 1028529 | $488.41 |
| 112 | 1012648 | $2,400.00 | | 153 | 1028530 | $813.58 |
| 113 | 1012649 | $52.00 | | 154 | 1028533 | $281.49 |
| 114 | 1012651 | $44.40 | | 155 | 1028534 | $626.40 |
| 115 | 1012653 | $1,080.00 | | 156 | 1028535 | $247.05 |
| 116 | 1012656 | $2,573.20 | | 157 | 1028536 | $1,589.97 |
| 117 | 1012665 | $30.00 | | 158 | 1028537 | $230.16 |
| 118 | 1012666 | $22.11 | | 159 | 1028553 | $2,139.81 |
| 119 | 1012673 | $110.55 | | 160 | 1028559 | $1,720.50 |
| 120 | 1012674 | $2,990.00 | | 161 | 1028560 | $41,658.59 |
| 121 | 1012679 | $97.90 | | 162 | 1028561 | $451.05 |

**Exhibit D**
**Timely Eligible Claims**

| | Claim | Recognized Claim | | | Claim | Recognized Claim |
|---|---|---|---|---|---|---|
| 163 | 1028564 | $54.27 | | 204 | 1028653 | $195.60 |
| 164 | 1028568 | $5,508.67 | | 205 | 1028655 | $9,808.24 |
| 165 | 1028569 | $1,058.46 | | 206 | 1028656 | $96.48 |
| 166 | 1028570 | $4,162.45 | | 207 | 1028657 | $15.76 |
| 167 | 1028571 | $1,975.68 | | 208 | 1028659 | $189.15 |
| 168 | 1028572 | $12,950.42 | | 209 | 1028660 | $3,314.25 |
| 169 | 1028573 | $21,328.44 | | 210 | 1028662 | $38,078.85 |
| 170 | 1028574 | $2,998.62 | | 211 | 1028664 | $616.44 |
| 171 | 1028575 | $1,264.02 | | 212 | 1028665 | $838.76 |
| 172 | 1028576 | $273.40 | | 213 | 1028666 | $93.60 |
| 173 | 1028577 | $442.31 | | 214 | 1028667 | $4,169.00 |
| 174 | 1028578 | $328.46 | | 215 | 1028668 | $128.18 |
| 175 | 1028579 | $48.60 | | 216 | 1028675 | $2,511.89 |
| 176 | 1028582 | $24,600.00 | | 217 | 1028677 | $1,958.25 |
| 177 | 1028583 | $5,311.63 | | 218 | 1028681 | $1,600.19 |
| 178 | 1028584 | $321.20 | | 219 | 1028689 | $516.28 |
| 179 | 1028586 | $38,093.71 | | 220 | 1028693 | $10,390.96 |
| 180 | 1028587 | $13,897.14 | | 221 | 1028699 | $212.51 |
| 181 | 1028588 | $10,318.15 | | 222 | 1028700 | $40,415.02 |
| 182 | 1028589 | $44,685.65 | | 223 | 1028703 | $638.65 |
| 183 | 1028593 | $270.00 | | 224 | 1028705 | $2,657.94 |
| 184 | 1028595 | $28,903.01 | | 225 | 1028707 | $31.20 |
| 185 | 1028597 | $68,651.05 | | 226 | 1028715 | $2,583.03 |
| 186 | 1028603 | $676.79 | | 227 | 1028716 | $325.99 |
| 187 | 1028606 | $1,115.93 | | 228 | 1028717 | $1,146.57 |
| 188 | 1028610 | $418.50 | | 229 | 1028723 | $147.15 |
| 189 | 1028611 | $469.65 | | 230 | 1028724 | $13,617.31 |
| 190 | 1028613 | $22,763.22 | | 231 | 1028725 | $4,009.04 |
| 191 | 1028615 | $6.42 | | 232 | 1028726 | $101.34 |
| 192 | 1028618 | $750.75 | | 233 | 1028727 | $1,412.86 |
| 193 | 1028622 | $330.56 | | 234 | 1028731 | $38.10 |
| 194 | 1028623 | $122.65 | | 235 | 1028732 | $11.20 |
| 195 | 1028626 | $1,389.39 | | 236 | 1028733 | $10,848.57 |
| 196 | 1028627 | $35,466.72 | | 237 | 1028735 | $323.29 |
| 197 | 1028628 | $49.79 | | 238 | 1028738 | $1,443.33 |
| 198 | 1028634 | $56.10 | | 239 | 1028739 | $168.45 |
| 199 | 1028639 | $14,169.76 | | 240 | 1028742 | $321.30 |
| 200 | 1028640 | $31.35 | | 241 | 1028744 | $3,025.41 |
| 201 | 1028643 | $2,121.52 | | 242 | 1028746 | $83.10 |
| 202 | 1028644 | $111,967.05 | | 243 | 1028748 | $577.50 |
| 203 | 1028645 | $2,687.71 | | 244 | 1028752 | $2,357.35 |

**Exhibit D**
**Timely Eligible Claims**

| | Claim | Recognized Claim | | | Claim | Recognized Claim |
|---|---|---|---|---|---|---|
| 245 | 1028754 | $369.15 | | 286 | 1028841 | $6,204.12 |
| 246 | 1028755 | $161.28 | | 287 | 1028842 | $86.93 |
| 247 | 1028757 | $618.90 | | 288 | 1028845 | $1,972.96 |
| 248 | 1028761 | $11,075.27 | | 289 | 1028848 | $544.25 |
| 249 | 1028762 | $4,261.72 | | 290 | 1028851 | $321.96 |
| 250 | 1028764 | $5,688.18 | | 291 | 1028855 | $5,625.45 |
| 251 | 1028767 | $4,598.25 | | 292 | 1028857 | $7,319.75 |
| 252 | 1028769 | $153,082.73 | | 293 | 1028858 | $3,109.44 |
| 253 | 1028777 | $316,092.29 | | 294 | 1028860 | $1,485.34 |
| 254 | 1028778 | $83,903.28 | | 295 | 1028861 | $241.90 |
| 255 | 1028779 | $97,186.39 | | 296 | 1028864 | $3,115.05 |
| 256 | 1028780 | $575.36 | | 297 | 1028870 | $451.74 |
| 257 | 1028782 | $16,736.66 | | 298 | 1028872 | $505.50 |
| 258 | 1028783 | $75,091.08 | | 299 | 1028874 | $51.78 |
| 259 | 1028785 | $60,695.54 | | 300 | 1028876 | $151.05 |
| 260 | 1028786 | $20,032.34 | | 301 | 1028878 | $143.42 |
| 261 | 1028788 | $130,170.98 | | 302 | 1028884 | $244.32 |
| 262 | 1028789 | $307.51 | | 303 | 1028885 | $147.56 |
| 263 | 1028790 | $60.96 | | 304 | 1028886 | $293.80 |
| 264 | 1028792 | $316.14 | | 305 | 1028887 | $385.18 |
| 265 | 1028795 | $23,618.14 | | 306 | 1028888 | $564.57 |
| 266 | 1028799 | $308.06 | | 307 | 1028889 | $67.65 |
| 267 | 1028811 | $249.01 | | 308 | 1028890 | $418.30 |
| 268 | 1028813 | $314.66 | | 309 | 1028893 | $1,184.22 |
| 269 | 1028814 | $589.35 | | 310 | 1028894 | $93.90 |
| 270 | 1028817 | $811.37 | | 311 | 1028895 | $215.50 |
| 271 | 1028818 | $206.66 | | 312 | 1028897 | $14.70 |
| 272 | 1028819 | $76.99 | | 313 | 1028899 | $18.42 |
| 273 | 1028820 | $173.95 | | 314 | 1028900 | $331.20 |
| 274 | 1028821 | $0.39 | | 315 | 1028901 | $7.50 |
| 275 | 1028823 | $825.83 | | 316 | 1028905 | $85.76 |
| 276 | 1028825 | $1,258.26 | | 317 | 1028906 | $14.70 |
| 277 | 1028828 | $1,857.33 | | 318 | 1028908 | $88.55 |
| 278 | 1028829 | $1,909.78 | | 319 | 1028909 | $297.60 |
| 279 | 1028830 | $24.75 | | 320 | 1028911 | $3.51 |
| 280 | 1028831 | $605.66 | | 321 | 1028912 | $401.85 |
| 281 | 1028833 | $6,801.15 | | 322 | 1028913 | $293.80 |
| 282 | 1028834 | $1,307.54 | | 323 | 1028914 | $9.48 |
| 283 | 1028836 | $306.42 | | 324 | 1028915 | $358.17 |
| 284 | 1028839 | $15.00 | | 325 | 1028916 | $77.10 |
| 285 | 1028840 | $20.90 | | 326 | 1028918 | $103.20 |

4

**Exhibit D**
**Timely Eligible Claims**

| | Claim | Recognized Claim | | | Claim | Recognized Claim |
|---|---|---|---|---|---|---|
| 327 | 1028920 | $59.04 | | 368 | 1029054 | $170.46 |
| 328 | 1028921 | $51.96 | | 369 | 1029056 | $323.61 |
| 329 | 1028925 | $102.60 | | 370 | 1029057 | $1,086.78 |
| 330 | 1028928 | $2,263.25 | | 371 | 1029060 | $720.94 |
| 331 | 1028935 | $3,593.18 | | 372 | 1029061 | $784.00 |
| 332 | 1028936 | $480.15 | | 373 | 1029062 | $473.26 |
| 333 | 1028937 | $262.95 | | 374 | 1029065 | $2,684.13 |
| 334 | 1028938 | $412.55 | | 375 | 1029066 | $317.85 |
| 335 | 1028939 | $450.74 | | 376 | 1029067 | $515.45 |
| 336 | 1028940 | $54.96 | | 377 | 1029083 | $123.96 |
| 337 | 1028942 | $85.80 | | 378 | 1029084 | $907.82 |
| 338 | 1028943 | $245.67 | | 379 | 1029085 | $268.00 |
| 339 | 1028944 | $867.00 | | 380 | 1029088 | $48.72 |
| 340 | 1028955 | $327.90 | | 381 | 1029089 | $29.96 |
| 341 | 1028956 | $199.79 | | 382 | 1029092 | $1,620.32 |
| 342 | 1028964 | $349.82 | | 383 | 1029093 | $136.50 |
| 343 | 1028967 | $28.11 | | 384 | 1029098 | $273.24 |
| 344 | 1028977 | $185.19 | | 385 | 1029106 | $1,787.19 |
| 345 | 1028981 | $83.68 | | 386 | 1029107 | $1,054.00 |
| 346 | 1028983 | $59.03 | | 387 | 1029108 | $388.80 |
| 347 | 1028988 | $30.18 | | 388 | 1029109 | $1,074.39 |
| 348 | 1029000 | $1,106.55 | | 389 | 1029111 | $30.52 |
| 349 | 1029005 | $96.45 | | 390 | 1029112 | $21.89 |
| 350 | 1029006 | $86.55 | | 391 | 1029150 | $360.49 |
| 351 | 1029012 | $7.89 | | 392 | 1029169 | $224.79 |
| 352 | 1029014 | $166.05 | | 393 | 1029179 | $104.43 |
| 353 | 1029018 | $1,264.17 | | 394 | 1029183 | $179.95 |
| 354 | 1029020 | $378.19 | | 395 | 1029189 | $148.68 |
| 355 | 1029022 | $325.80 | | 396 | 1029206 | $56.05 |
| 356 | 1029029 | $10.68 | | 397 | 1029208 | $140.42 |
| 357 | 1029030 | $34.65 | | 398 | 1029218 | $136.88 |
| 358 | 1029034 | $137.06 | | 399 | 1029220 | $1,352.76 |
| 359 | 1029035 | $497.07 | | 400 | 1029224 | $965.38 |
| 360 | 1029043 | $542.12 | | 401 | 1029225 | $4,389.01 |
| 361 | 1029044 | $1,259.19 | | 402 | 1029226 | $3,163.56 |
| 362 | 1029045 | $1,033.14 | | 403 | 1029228 | $137.62 |
| 363 | 1029046 | $2,018.51 | | 404 | 1029235 | $73.41 |
| 364 | 1029048 | $327.80 | | 405 | 1029238 | $90.39 |
| 365 | 1029050 | $339.69 | | 406 | 1029239 | $89.88 |
| 366 | 1029051 | $354.48 | | 407 | 1029241 | $42.34 |
| 367 | 1029053 | $462.30 | | 408 | 1029242 | $2,318.31 |

Exhibit D
Timely Eligible Claims

| | Claim | Recognized Claim | | Claim | Recognized Claim |
|---|---|---|---|---|---|
| 409 | 1029243 | $8,446.91 | 450 | 1029332 | $199.45 |
| 410 | 1029245 | $7,101.33 | 451 | 1029333 | $291.79 |
| 411 | 1029246 | $57,990.78 | 452 | 1029334 | $568.01 |
| 412 | 1029247 | $5,425.92 | 453 | 1029335 | $42.09 |
| 413 | 1029249 | $57.46 | 454 | 1029337 | $3,222.64 |
| 414 | 1029277 | $249.75 | 455 | 1029349 | $2,361.75 |
| 415 | 1029281 | $285.49 | 456 | 1029351 | $377.28 |
| 416 | 1029282 | $236.65 | 457 | 1029353 | $28,457.28 |
| 417 | 1029284 | $170.16 | 458 | 1029354 | $20,681.25 |
| 418 | 1029285 | $493.33 | 459 | 1029355 | $494.02 |
| 419 | 1029286 | $14.72 | 460 | 1029356 | $67.00 |
| 420 | 1029288 | $651.59 | 461 | 1029359 | $345.68 |
| 421 | 1029289 | $30.82 | 462 | 1029362 | $377.10 |
| 422 | 1029291 | $394.29 | 463 | 1029363 | $55,899.45 |
| 423 | 1029292 | $156.00 | 464 | 1029364 | $198.80 |
| 424 | 1029293 | $465.01 | 465 | 1029366 | $135.00 |
| 425 | 1029295 | $31.08 | 466 | 1029367 | $7,440.90 |
| 426 | 1029296 | $234.96 | 467 | 1029369 | $961.09 |
| 427 | 1029297 | $3,203.32 | 468 | 1029377 | $3,216.63 |
| 428 | 1029298 | $477.47 | 469 | 1029378 | $11,582.99 |
| 429 | 1029299 | $37.58 | 470 | 1029379 | $94.80 |
| 430 | 1029301 | $10.36 | 471 | 1029381 | $17,811.20 |
| 431 | 1029302 | $102.50 | 472 | 1029383 | $16.80 |
| 432 | 1029304 | $434.99 | 473 | 1029385 | $7.20 |
| 433 | 1029305 | $18.92 | 474 | 1029389 | $22.65 |
| 434 | 1029306 | $15.84 | 475 | 1029390 | $8.40 |
| 435 | 1029309 | $217.00 | 476 | 1029394 | $4.95 |
| 436 | 1029310 | $566.28 | 477 | 1029395 | $30.45 |
| 437 | 1029311 | $16.80 | 478 | 1029396 | $7,800.90 |
| 438 | 1029312 | $17.07 | 479 | 1029404 | $3,477.24 |
| 439 | 1029313 | $17.10 | 480 | 1029409 | $25,132.02 |
| 440 | 1029314 | $16.35 | 481 | 1029412 | $725,169.00 |
| 441 | 1029315 | $17.01 | 482 | 1029415 | $7,997.40 |
| 442 | 1029317 | $641.03 | 483 | 1029416 | $9,114.45 |
| 443 | 1029319 | $116.78 | 484 | 1029417 | $164,610.00 |
| 444 | 1029322 | $186.96 | 485 | 1029419 | $2,357.16 |
| 445 | 1029323 | $117.42 | 486 | 1029423 | $1,184.46 |
| 446 | 1029324 | $292.12 | 487 | 1029425 | $112.38 |
| 447 | 1029327 | $391.89 | 488 | 1029426 | $1,597.76 |
| 448 | 1029328 | $131.04 | 489 | 1029427 | $614.92 |
| 449 | 1029329 | $12.66 | 490 | 1029430 | $348.32 |

**Exhibit D**
**Timely Eligible Claims**

| | Claim | Recognized Claim | | Claim | Recognized Claim |
|---|---|---|---|---|---|
| 491 | 1029434 | $368.40 | 532 | 1029556 | $24.19 |
| 492 | 1029435 | $27.00 | 533 | 1029560 | $9,028.74 |
| 493 | 1029438 | $437.43 | 534 | 1029561 | $83.48 |
| 494 | 1029440 | $429.81 | 535 | 1029562 | $2,591.14 |
| 495 | 1029441 | $11.70 | 536 | 1029565 | $3,557.12 |
| 496 | 1029442 | $1,297.65 | 537 | 1029567 | $15,110.37 |
| 497 | 1029443 | $99.75 | 538 | 1029569 | $794,935.21 |
| 498 | 1029446 | $15.86 | 539 | 1029571 | $630.46 |
| 499 | 1029447 | $54.00 | 540 | 1029575 | $39.32 |
| 500 | 1029448 | $545.88 | 541 | 1029577 | $446.50 |
| 501 | 1029449 | $64.24 | 542 | 1029580 | $11,441.85 |
| 502 | 1029452 | $522.50 | 543 | 1029586 | $434.46 |
| 503 | 1029453 | $495.69 | 544 | 1029588 | $2,871.32 |
| 504 | 1029454 | $57,939.13 | 545 | 1029591 | $62,498.82 |
| 505 | 1029460 | $63,862.29 | 546 | 1029592 | $5,727.00 |
| 506 | 1029462 | $5,468.10 | 547 | 1029597 | $22,937.28 |
| 507 | 1029469 | $593.68 | 548 | 1029600 | $1,003.80 |
| 508 | 1029472 | $23,749.19 | 549 | 1029601 | $48.98 |
| 509 | 1029482 | $26.43 | 550 | 1029602 | $1,855.27 |
| 510 | 1029483 | $62.32 | 551 | 1029603 | $1,026.57 |
| 511 | 1029484 | $279.00 | 552 | 1029604 | $9,783.33 |
| 512 | 1029485 | $6,844.86 | 553 | 1029605 | $9,482.34 |
| 513 | 1029486 | $3,926.05 | 554 | 1029610 | $804.81 |
| 514 | 1029487 | $7,649.31 | 555 | 1029612 | $35,875.54 |
| 515 | 1029496 | $601.06 | 556 | 1029613 | $78,410.27 |
| 516 | 1029503 | $57.99 | 557 | 1029615 | $167.36 |
| 517 | 1029517 | $11,386.37 | 558 | 1029618 | $1,287.71 |
| 518 | 1029519 | $59.49 | 559 | 1029625 | $1,628.10 |
| 519 | 1029522 | $2,672.01 | 560 | 1029627 | $7,169.26 |
| 520 | 1029523 | $291.27 | 561 | 1029628 | $705.09 |
| 521 | 1029525 | $2,948.05 | 562 | 1029639 | $576.07 |
| 522 | 1029531 | $14.40 | 563 | 1029640 | $538.12 |
| 523 | 1029534 | $488.38 | 564 | 1029641 | $874.79 |
| 524 | 1029541 | $4,222.86 | 565 | 1029642 | $306.19 |
| 525 | 1029542 | $820.00 | 566 | 1029645 | $193.62 |
| 526 | 1029550 | $210.93 | 567 | 1029646 | $2,297.70 |
| 527 | 1029551 | $106.01 | 568 | 1029647 | $147.00 |
| 528 | 1029552 | $11.67 | 569 | 1029648 | $188.07 |
| 529 | 1029553 | $215.26 | 570 | 1029649 | $188.76 |
| 530 | 1029554 | $851.34 | 571 | 1029650 | $1,250.01 |
| 531 | 1029555 | $488.80 | 572 | 1029652 | $279.67 |

Exhibit D
Timely Eligible Claims

| | Claim | Recognized Claim | | Claim | Recognized Claim |
|---|---|---|---|---|---|
| 573 | 1029654 | $394.33 | 614 | 1029752 | $4,095.69 |
| 574 | 1029655 | $175.78 | 615 | 1029763 | $4,140.57 |
| 575 | 1029656 | $159.80 | 616 | 1029765 | $4,136.27 |
| 576 | 1029661 | $147,974.07 | 617 | 1029766 | $940.59 |
| 577 | 1029664 | $305.52 | 618 | 1029767 | $102.15 |
| 578 | 1029665 | $333.47 | 619 | 1029769 | $1,057.05 |
| 579 | 1029666 | $164.15 | 620 | 1029771 | $522.21 |
| 580 | 1029667 | $340.74 | 621 | 1029772 | $1,199.85 |
| 581 | 1029668 | $517.17 | 622 | 1029773 | $485.89 |
| 582 | 1029669 | $341.71 | 623 | 1029777 | $4,652.28 |
| 583 | 1029670 | $1,205.95 | 624 | 1029779 | $175.46 |
| 584 | 1029671 | $100.16 | 625 | 1029780 | $2.61 |
| 585 | 1029673 | $108.77 | 626 | 1029781 | $57.30 |
| 586 | 1029675 | $165.10 | 627 | 1029783 | $235.03 |
| 587 | 1029676 | $171.10 | 628 | 1029789 | $633.07 |
| 588 | 1029679 | $1,185.25 | 629 | 1029790 | $259.93 |
| 589 | 1029680 | $403.97 | 630 | 1029792 | $1,080.46 |
| 590 | 1029681 | $7.40 | 631 | 1029795 | $15.10 |
| 591 | 1029687 | $9.30 | 632 | 1029797 | $1,936.30 |
| 592 | 1029688 | $198.71 | 633 | 1029801 | $6,371.00 |
| 593 | 1029691 | $156.61 | 634 | 1029802 | $1,948.20 |
| 594 | 1029692 | $172.47 | 635 | 1029803 | $4,776.63 |
| 595 | 1029693 | $848.58 | 636 | 1029805 | $501.90 |
| 596 | 1029694 | $408.25 | 637 | 1029806 | $6,400.00 |
| 597 | 1029695 | $40.01 | 638 | 1029807 | $451.93 |
| 598 | 1029696 | $66.00 | 639 | 1029808 | $320.55 |
| 599 | 1029698 | $0.60 | 640 | 1029809 | $219.02 |
| 600 | 1029699 | $784.00 | 641 | 1029813 | $78.46 |
| 601 | 1029701 | $448.99 | 642 | 1029814 | $8,426.25 |
| 602 | 1029703 | $356.68 | 643 | 1029815 | $55,516.45 |
| 603 | 1029711 | $528.32 | 644 | 1029816 | $201.00 |
| 604 | 1029712 | $18,802.89 | 645 | 1029817 | $6,973.17 |
| 605 | 1029715 | $2,016.64 | 646 | 1029819 | $491.21 |
| 606 | 1029718 | $77,402.03 | 647 | 1029820 | $499.84 |
| 607 | 1029720 | $2,304.75 | 648 | 1029821 | $982.10 |
| 608 | 1029724 | $18,418.12 | 649 | 1029822 | $42.00 |
| 609 | 1029726 | $4,969.71 | 650 | 1029823 | $947.09 |
| 610 | 1029730 | $1,554.24 | 651 | 1029824 | $9,457.38 |
| 611 | 1029740 | $4,268,510.13 | 652 | 1029825 | $357.14 |
| 612 | 1029741 | $866.97 | 653 | 1029826 | $1,619.96 |
| 613 | 1029743 | $145.32 | 654 | 1029829 | $6,663.55 |

Exhibit D
Timely Eligible Claims

| | Claim | Recognized Claim | | Claim | Recognized Claim |
|---|---|---|---|---|---|
| 655 | 1029830 | $3,071.00 | 696 | 1029905 | $217.33 |
| 656 | 1029832 | $47,560.74 | 697 | 1029906 | $214,592.01 |
| 657 | 1029833 | $765.81 | 698 | 1029907 | $479.30 |
| 658 | 1029841 | $137,992.26 | 699 | 1029908 | $4,220.33 |
| 659 | 1029842 | $26,323.64 | 700 | 1029910 | $7,667.18 |
| 660 | 1029845 | $7,254.66 | 701 | 1029911 | $973.46 |
| 661 | 1029847 | $25,966.58 | 702 | 1029913 | $28,133.50 |
| 662 | 1029848 | $67,845.14 | 703 | 1029914 | $44.51 |
| 663 | 1029850 | $6,968.70 | 704 | 1029915 | $1.69 |
| 664 | 1029852 | $780.33 | 705 | 1029918 | $137.85 |
| 665 | 1029854 | $47,560.74 | 706 | 1029920 | $260,544.00 |
| 666 | 1029855 | $2,097.77 | 707 | 1029921 | $73,219.00 |
| 667 | 1029856 | $18,690.81 | 708 | 1029929 | $67,673.00 |
| 668 | 1029857 | $333.90 | 709 | 1029931 | $183,411.08 |
| 669 | 1029862 | $223.78 | 710 | 1029936 | $179.56 |
| 670 | 1029866 | $22,937.28 | 711 | 1029939 | $6,300.00 |
| 671 | 1029867 | $82,000.00 | 712 | 1029952 | $13,556.16 |
| 672 | 1029868 | $0.21 | 713 | 1029955 | $438,782.41 |
| 673 | 1029882 | $5,648.98 | 714 | 1029956 | $200.72 |
| 674 | 1029883 | $34,043.02 | 715 | 1029969 | $52,318.58 |
| 675 | 1029884 | $1,028.68 | 716 | 1029970 | $8,645.04 |
| 676 | 1029885 | $14,842.62 | 717 | 1029971 | $881.00 |
| 677 | 1029886 | $48,460.30 | 718 | 1029973 | $1,448.00 |
| 678 | 1029887 | $51,854.90 | 719 | 1029977 | $251,515.59 |
| 679 | 1029888 | $36,704.11 | 720 | 1029980 | $8,157.27 |
| 680 | 1029889 | $171,489.16 | 721 | 1029981 | $5,756.07 |
| 681 | 1029890 | $11,480.79 | 722 | 1029982 | $273.10 |
| 682 | 1029891 | $1,068,622.14 | 723 | 1029990 | $223.01 |
| 683 | 1029892 | $39,943.94 | 724 | 1029991 | $169.21 |
| 684 | 1029893 | $15,418.27 | 725 | 1029995 | $17,105.42 |
| 685 | 1029894 | $25,071.50 | 726 | 1029997 | $26,349.31 |
| 686 | 1029895 | $59.86 | 727 | 1030005 | $13,686.78 |
| 687 | 1029896 | $156.52 | 728 | 1030008 | $266.68 |
| 688 | 1029897 | $129,109.40 | 729 | 1030010 | $196.13 |
| 689 | 1029898 | $16,727.30 | 730 | 1030011 | $196.13 |
| 690 | 1029899 | $114,546.92 | 731 | 1030012 | $196.13 |
| 691 | 1029900 | $12,373.09 | 732 | 1030013 | $128.02 |
| 692 | 1029901 | $17,239.98 | 733 | 1030016 | $27,827.94 |
| 693 | 1029902 | $29,968.10 | 734 | 1030017 | $6,754.92 |
| 694 | 1029903 | $300.12 | 735 | 1030018 | $967.43 |
| 695 | 1029904 | $23,245.43 | 736 | 1030019 | $338.51 |

Exhibit D
Timely Eligible Claims

| | Claim | Recognized Claim | | Claim | Recognized Claim |
|---|---|---|---|---|---|
| 737 | 1030020 | $7,168.05 | 778 | 1030097 | $341.82 |
| 738 | 1030021 | $457.55 | 779 | 1030098 | $314.31 |
| 739 | 1030023 | $243.61 | 780 | 1030100 | $588.90 |
| 740 | 1030024 | $1,311.17 | 781 | 1030101 | $445.21 |
| 741 | 1030025 | $609.92 | 782 | 1030102 | $239.19 |
| 742 | 1030026 | $2,710.14 | 783 | 1030104 | $170.16 |
| 743 | 1030029 | $345.18 | 784 | 1030106 | $2,892.98 |
| 744 | 1030034 | $246.27 | 785 | 1030107 | $331.40 |
| 745 | 1030036 | $287.35 | 786 | 1030108 | $1,137.60 |
| 746 | 1030037 | $377.54 | 787 | 1030110 | $79.29 |
| 747 | 1030038 | $254.55 | 788 | 1030112 | $6.45 |
| 748 | 1030039 | $308.05 | 789 | 1030116 | $12,523.19 |
| 749 | 1030052 | $2,281.09 | 790 | 1030117 | $6.67 |
| 750 | 1030053 | $307.86 | 791 | 1030118 | $389.79 |
| 751 | 1030054 | $352.77 | 792 | 1030119 | $7.14 |
| 752 | 1030055 | $1,006.85 | 793 | 1030120 | $220.19 |
| 753 | 1030056 | $145.82 | 794 | 1030121 | $11,600.14 |
| 754 | 1030057 | $3,311.11 | 795 | 1030122 | $6,020.48 |
| 755 | 1030058 | $856.73 | 796 | 1030123 | $26,975.52 |
| 756 | 1030060 | $750.00 | 797 | 1030124 | $759.15 |
| 757 | 1030062 | $84.03 | 798 | 1030125 | $305.26 |
| 758 | 1030064 | $511.58 | 799 | 1030127 | $327.55 |
| 759 | 1030066 | $1,155.88 | 800 | 1030130 | $343.78 |
| 760 | 1030067 | $375.84 | 801 | 1030131 | $396.75 |
| 761 | 1030068 | $1,250.66 | 802 | 1030136 | $28.35 |
| 762 | 1030071 | $277,086.04 | 803 | 1030137 | $5,167.28 |
| 763 | 1030072 | $16.44 | 804 | 1030139 | $263.59 |
| 764 | 1030073 | $197.71 | 805 | 1030141 | $64,643.09 |
| 765 | 1030074 | $165.64 | 806 | 1030142 | $16,701.79 |
| 766 | 1030076 | $101.55 | 807 | 1030144 | $1,282.31 |
| 767 | 1030077 | $56.19 | 808 | 1030146 | $15.99 |
| 768 | 1030078 | $46.75 | 809 | 1030147 | $980.70 |
| 769 | 1030079 | $514.95 | 810 | 1030148 | $454.49 |
| 770 | 1030080 | $5,823.89 | 811 | 1030151 | $366.98 |
| 771 | 1030081 | $289.48 | 812 | 1030152 | $478.32 |
| 772 | 1030083 | $11,600.14 | 813 | 1030153 | $392.94 |
| 773 | 1030086 | $679.60 | 814 | 1030154 | $5,318.00 |
| 774 | 1030087 | $1,681.93 | 815 | 1030155 | $34.96 |
| 775 | 1030091 | $823.74 | 816 | 1030156 | $21.69 |
| 776 | 1030095 | $256.17 | 817 | 1030157 | $295.70 |
| 777 | 1030096 | $1,933.87 | 818 | 1030159 | $35,903.79 |

Exhibit D
Timely Eligible Claims

| | Claim | Recognized Claim | | | Claim | Recognized Claim |
|---|---|---|---|---|---|---|
| 819 | 1030160 | $140.96 | | 860 | 1030235 | $597.52 |
| 820 | 1030161 | $551.21 | | 861 | 1030236 | $1,372.50 |
| 821 | 1030163 | $560.79 | | 862 | 1030237 | $7,440.90 |
| 822 | 1030164 | $1,257.97 | | 863 | 1030240 | $127.29 |
| 823 | 1030165 | $160.56 | | 864 | 1030241 | $156.06 |
| 824 | 1030166 | $107.91 | | 865 | 1030242 | $2,110.65 |
| 825 | 1030167 | $917.67 | | 866 | 1030246 | $237.87 |
| 826 | 1030169 | $147.02 | | 867 | 1030247 | $436.65 |
| 827 | 1030171 | $154,766.85 | | 868 | 1030252 | $75.27 |
| 828 | 1030172 | $143.12 | | 869 | 1030254 | $355.20 |
| 829 | 1030173 | $718.00 | | 870 | 1030256 | $2,128.84 |
| 830 | 1030174 | $22,505.89 | | 871 | 1030258 | $322.65 |
| 831 | 1030176 | $380.76 | | 872 | 1030259 | $2,067.15 |
| 832 | 1030177 | $226.69 | | 873 | 1030260 | $511.50 |
| 833 | 1030179 | $206,601.33 | | 874 | 1030261 | $297.45 |
| 834 | 1030181 | $235,304.25 | | 875 | 1030262 | $1,915.73 |
| 835 | 1030185 | $10,796.55 | | 876 | 1030263 | $660.38 |
| 836 | 1030186 | $1,593.95 | | 877 | 1030273 | $514.08 |
| 837 | 1030187 | $15.87 | | 878 | 1030274 | $198.24 |
| 838 | 1030190 | $66.18 | | 879 | 1030275 | $114.78 |
| 839 | 1030193 | $19,973.60 | | 880 | 1030277 | $56.10 |
| 840 | 1030195 | $104.40 | | 881 | 1030279 | $1,352.74 |
| 841 | 1030197 | $137.85 | | 882 | 1030281 | $591.15 |
| 842 | 1030198 | $361.05 | | 883 | 1030283 | $205.89 |
| 843 | 1030199 | $363.56 | | 884 | 1030286 | $24.21 |
| 844 | 1030201 | $4,398.68 | | 885 | 1030287 | $79.95 |
| 845 | 1030202 | $2,282.10 | | 886 | 1030288 | $336.41 |
| 846 | 1030205 | $78.00 | | 887 | 1030319 | $70,138.80 |
| 847 | 1030209 | $14,210.60 | | 888 | 1030320 | $54,236.21 |
| 848 | 1030210 | $2,829.00 | | 889 | 1030321 | $499.80 |
| 849 | 1030212 | $55.26 | | 890 | 1030322 | $6,682.05 |
| 850 | 1030213 | $176.01 | | 891 | 1030323 | $524.96 |
| 851 | 1030214 | $76.68 | | 892 | 1030324 | $57.15 |
| 852 | 1030215 | $120.00 | | 893 | 1030327 | $1,136.00 |
| 853 | 1030226 | $106.50 | | 894 | 1030328 | $6,110.32 |
| 854 | 1030227 | $269.36 | | 895 | 1030329 | $1,665.90 |
| 855 | 1030228 | $1,376.63 | | 896 | 1030330 | $266.79 |
| 856 | 1030230 | $56.10 | | 897 | 1030331 | $111,429.17 |
| 857 | 1030231 | $32.43 | | 898 | 1030332 | $35.56 |
| 858 | 1030232 | $1,683.04 | | 899 | 1030333 | $136.50 |
| 859 | 1030234 | $50.70 | | 900 | 1030336 | $220,677.37 |

11

**Exhibit D**
**Timely Eligible Claims**

|     | Claim    | Recognized Claim |
| --- | -------- | ---------------- |
| 901 | 1030337  | $114.69          |
| 902 | 1030338  | $214.80          |
| 903 | 1030339  | $186.29          |
| 904 | 1030340  | $117,525.19      |
| 905 | 1030341  | $2,406.65        |
| 906 | 1030346  | $351.93          |
| 907 | 1030348  | $8,185.14        |
| 908 | 1030349  | $3,870.65        |
| 909 | 1030350  | $938.24          |
| 910 | 1030351  | $751.91          |
| 911 | 1030354  | $87,150.11       |
| 912 | 1030355  | $711,841.27      |
| 913 | 1030356  | $64,468.02       |
| 914 | 1030359  | $250.04          |
| 915 | 1030360  | $146.17          |
| 916 | 1030363  | $284.91          |
| 917 | 1030364  | $138.10          |
| 918 | 1030365  | $138.10          |
| 919 | 1030366  | $138.09          |
| 920 | 1030368  | $36.07           |
| 921 | 1030369  | $168.50          |
| 922 | 1030370  | $1,094.17        |
| 923 | 1030371  | $720.05          |
| 924 | 1030374  | $434.10          |
| 925 | 1030375  | $352.19          |
| 926 | 1030376  | $832.66          |
| 927 | 1030379  | $123.00          |
| 928 | 1030384  | $158.39          |
| 929 | 1030385  | $277.32          |
| 930 | 1030387  | $11.20           |
| 931 | 1030390  | $780.17          |
| 932 | 1030393  | $11.20           |
| 933 | 1030394  | $112.06          |
| 934 | 1030396  | $933.71          |
| 935 | 1030397  | $60.73           |
| 936 | 1030398  | $92.04           |
| 937 | 1030400  | $447,962.12      |
|     | **Total** | **$16,755,537.02** |