# EXHIBIT E

**Exhibit E**
**Late But Otherwise Eligible Claims**

| | Claim | Recognized Claim | | | Claim | Recognized Claim |
|---|---|---|---|---|---|---|
| 1 | 1004406 | $66.12 | | 41 | 1025278 | $148.46 |
| 2 | 1005585 | $976.86 | | 42 | 1025644 | $6.70 |
| 3 | 1009129 | $50.00 | | 43 | 1026287 | $2,132.00 |
| 4 | 1009271 | $228.00 | | 44 | 1027659 | $2.65 |
| 5 | 1009313 | $51.00 | | 45 | 1028307 | $2.81 |
| 6 | 1009320 | $86.00 | | 46 | 1028600 | $27,002.00 |
| 7 | 1009328 | $39.36 | | 47 | 1029398 | $628,098.29 |
| 8 | 1009913 | $71.02 | | 48 | 1029399 | $4,097.48 |
| 9 | 1009935 | $60.00 | | 49 | 1029400 | $884.17 |
| 10 | 1009948 | $33.50 | | 50 | 1030268 | $4,895.83 |
| 11 | 1009951 | $583.57 | | 51 | 1030272 | $12,000.00 |
| 12 | 1009984 | $4.69 | | 52 | 1030291 | $60.00 |
| 13 | 1010004 | $40.20 | | 53 | 1030292 | $68.00 |
| 14 | 1010513 | $67.50 | | 54 | 1030296 | $218.42 |
| 15 | 1010520 | $67.00 | | 55 | 1030402 | $1,411.33 |
| 16 | 1011252 | $3,350.00 | | 56 | 1030403 | $289.15 |
| 17 | 1011519 | $31.98 | | 57 | 1030404 | $124.50 |
| 18 | 1012035 | $126.00 | | 58 | 1030406 | $112.50 |
| 19 | 1012040 | $164.00 | | 59 | 1030407 | $1,130.09 |
| 20 | 1012174 | $33.50 | | 60 | 1030409 | $63.21 |
| 21 | 1012715 | $3,827.90 | | 61 | 1030410 | $276.45 |
| 22 | 1014347 | $0.72 | | 62 | 1030412 | $659.03 |
| 23 | 1014597 | $20.14 | | 63 | 1030414 | $294.78 |
| 24 | 1017385 | $0.67 | | 64 | 1030417 | $174.15 |
| 25 | 1017891 | $41.40 | | 65 | 1030418 | $400.95 |
| 26 | 1018311 | $0.58 | | 66 | 1030419 | $8.10 |
| 27 | 1018367 | $2.68 | | | | |
| 28 | 1018689 | $43.55 | | | **Total** | **$694,661.33** |
| 29 | 1018711 | $2.18 | | | | |
| 30 | 1019077 | $0.86 | | | | |
| 31 | 1019179 | $5.64 | | | | |
| 32 | 1020781 | $0.90 | | | | |
| 33 | 1021142 | $2.36 | | | | |
| 34 | 1021274 | $0.10 | | | | |
| 35 | 1023789 | $0.15 | | | | |
| 36 | 1023838 | $2.95 | | | | |
| 37 | 1024272 | $0.69 | | | | |
| 38 | 1024578 | $13.40 | | | | |
| 39 | 1024866 | $0.11 | | | | |
| 40 | 1025101 | $3.00 | | | | |

1