**EXHIBIT G**

**Invoice**



| | Invoice Date | Invoice Number |
|---|---|---|
| | 12/9/2021 | 11158 |
| | Period Start | Through Date |
| | 7/28/2020 | 12/9/2021 |

Gregory Nespole, Esq.
Levi & Korsinsky, LLP
55 Broadway
New York, NY  10006

Engagement: *Meyer v United Microelectronics Corporation*

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| **Claims Administration Fees** | | | |
| Initial Case Startup and Management | | | $5,000.00 |
| | | | |
| **Notice Dissemination** | | | |
| Printing of Notice Packet | 40,955 | $0.76 | $31,125.80 |
| First Class Postage | | $0.50 | $17,659.50 |
| | | | |
| **Claims Processing/Validation Fees** | | | |
| Claims 1 to 4,000 | 2,470 | $4.75 | $11,732.50 |
| Print Deficienty Letters | 381 | $1.00 | $381.00 |
| First Class Postage | 381 | | $218.87 |
| | | | |
| **Help Services** | | | |
| ***Call Center*** | | | |
| Standard Set-up and Design (Includes Professional Voice Talent) | 1 | $1,000.00 | $1,000.00 |
| Telephone Charges - Interactive Voice Response (Minutes) | 1,900 | $0.32 | $608.10 |
| Telephone Charges - Live Agent (Minutes) | 1,377 | $0.95 | $1,307.87 |
| Monthly Maintenance Charge (August 2020 - November 2021) | 16 | $100.00 | $1,600.00 |
| | | | |
| ***Website Services*** | | | |
| Standard Set-up and Design | 1 | $2,500.00 | $2,500.00 |
| Monthly Maintenance Charge (August 2020 - November 2021) | 16 | $100.00 | $1,600.00 |
| | | | |
| **Project Expenses** | | | |
| | | | |
| ***Publication of Summary Notice*** | | | |
| Summary Notice - PR Newswire | 1 | | $2,343.75 |
| ***Reimbursements to Brokerage Houses and Other Nominees*** | | | $18,479.37 |
| | | | |
| **Projected Fees and Expenses** | | | |
| | | | |
| ***Call Center*** | | | |
| Telephone Charges - Interactive Voice Response (Minutes) | 100 | $0.32 | $32.00 |
| Telephone Charges - Live Agent (Minutes) | 700 | $0.95 | $665.00 |
| Monthly Maintenance Charge (December 2021 - July 2022) | 8 | $100.00 | $800.00 |
| | | | |
| ***Website Services*** | | | |
| Monthly Maintenance Charge (December 2021 - July 2022) | 8 | $100.00 | $800.00 |

**Invoice**



ANALYTICS

| | Invoice Date | Invoice Number |
|---|---|---|
| | 12/9/2021 | 11158 |
| | Period Start | Through Date |
| | 7/28/2020 | 12/9/2021 |

Gregory Nespole, Esq.
Levi & Korsinsky, LLP
55 Broadway
New York, NY  10006

Engagement:    *Meyer v United Microelectronics Corporation*

| Description | Quantity | Rate | Amount |
|---|---|---|---|
| ***Distribution Services*** | | | |
| Check Distribution | | | |
| Print and Mail Checks | 774 | $0.95 | $735.30 |
| Print and Mail Deminimus Postcards | 228 | $0.10 | $22.80 |
| First Class Postage (Deminimis Postcards and Checks) | 1,002 | | $501.42 |
| ***Post-Distribution Work*** | | | |
| Reissue Checks | 32 | $0.95 | $30.40 |
| First Class Postage | 32 | $0.53 | $16.96 |
| **Total Fees and Expenses (Actual and Projected):** | | | **$99,160.63** |

**Please Remit To:**

Analytics                          or                    Analytics Consulting LLC
18675 Lake Drive East                                Operating Account
Chanhassen, MN 55317                            Alerus Financial
                                                            ABA # - 091300159
                                                            A/C # - 50187360
                                                            Tax ID # 46-3014448